B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SL EXPRESS INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-0316105** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8528 W. Gregory Street**<br>**Apt. 3N**<br>**Chicago, IL**                    ZIP Code **60656** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **8528 W GREGORY ST APE 3N**<br>**Chicago, IL 60656** |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SL EXPRESS INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **SL EXPRESS INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Mihaela L. Raicu
Signature of Attorney for Debtor(s)

**Mihaela L. Raicu 6290520**
Printed Name of Attorney for Debtor(s)

**Mihaela L. Raicu**
Firm Name

**70 W. Madison Street☐**
**1400**
**Chicago, IL 60602**

Address

**Email: mraicu_esq@yahoo.com**
**312-224-8900  Fax: 312-284-4944**
Telephone Number

**July  1, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ SUNCICA CEKIC
Signature of Authorized Individual

**SUNCICA CEKIC**
Printed Name of Authorized Individual

**President/Owner**
Title of Authorized Individual

**July  1, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re  **SL EXPRESS INC.**                                         ,     Case No. _____

                                     Debtor

                                              Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 1,948.67 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 65 | | 86,779.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 79 | | | |
| Total Assets | | | 3,000.00 | | |
| Total Liabilities | | | | 88,728.50 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **SL EXPRESS INC.**                       ,     Case No. _____

                          Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **SL EXPRESS INC.**                                                                 ,        Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **SL EXPRESS INC.**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

  __2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **SL EXPRESS INC.** _____,  Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Motor Carrier Number** | **-** | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Old Trailer held on KBM Lot (KBM has possession)** | **-** | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **3,000.00** |
| Total > | **3,000.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **SL EXPRESS INC.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

____0____ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | **Total** (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **SL EXPRESS INC.** ,                                    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  6  </u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **SL EXPRESS INC.** _____,   Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | |
| Account No. **xxx4756** | | | | 06.28.2011 | | | | | | |
| City of Burbank Police 5650 W. 75th Place Burbank, IL 60459 | | - | | Parking violation | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. **xxxxxx006A** | | | | 1.10.2012 | | | | | | |
| City of Chicago 8212 Innovation Way Chicago, IL 60682 | | - | | Moving Violation | | | | | 0.00 | |
| | | | | | | | | 540.00 | | 540.00 |
| Account No. | | | | 2009-2012 | | | | | | |
| City of Palos Hills 10335 South Roberts Road Palos Hills, IL 60465 | | - | | Business License Taxes | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. **3936** | | | | 08.19.2011 | | | | | | |
| Dekalb County Recorders Court 3630 Camp Circle Decatur, GA 30032 | | - | | Citation for Owner Operator | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. **0503** | | | | 11.8.2012 | | | | | | |
| E-470 Public Highway Authority P.O. Box 5470 Denver, CO 80217 | | - | | Tollway fees and penalties | | | | | 0.00 | |
| | | | | | | | | 30.20 | | 30.20 |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 570.20 | 570.20

B6E (Official Form 6E) (4/13) - Cont.

In re **SL EXPRESS INC.** _____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **1011** | | | | | | | | | |
| EFTPS Processing Center P.O. Box 173788 Denver, CO 80217 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **1761** | | | 07.11.2012 | | | | | | |
| Harris County Toll Road Dept 1 P.O. Box 4440 Houston, TX 77210 | - | | Toll Road Violations | | | | 93.00 | 0.00 | 93.00 |
| Account No. **xxx9623** | | | 2012-2013 | | | | | | |
| Illinois Commerce Commission 527 East Capitol Avenue Springfield, IL 62701 | - | | Licensing Taxes | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxxx** | | | 2010 | | | | | | |
| Illinois commerce Commission 527 East Capitol Ave, 1st Floor Springfield, IL 62701 | - | | UCR program payment | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xx** | | | Motor & Fuel Tax | | | | | | |
| Illinois Department of Revenue Motor Fuel Use Tax Section P.O. Box 19027 Springfield, IL 62794 | - | | | | | | Unknown | Unknown | Unknown |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 93.00 | 93.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **SL EXPRESS INC.**                                                    ,   Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Illinois Department of Transportato Division of Traffic Safety 1340 North 9th St, P.O. Box 19212 Springfield, IL 62794-9212 | - | | | | | | 0.00 / 0.00 | 0.00 / 0.00 |
| Account No. **xxxx327-3** Illinois Dept of Employment Securit 33 S. State 10th Floor Chicago, IL 60603 | - | | 11.1.2012 Unemployment Insurance | | | | 0.00 / 0.00 | 0.00 / 0.00 |
| Account No. **x7809** Illinois Secretary of State Commercial & Farm Truck Division 501 S Second St Rm300 Howlett Bldg Springfield, IL 62756 | - | | 2012 IRP Registration Renewal | | | | 0.00 / 105.00 | 0.00 / 105.00 |
| Account No. **5745** Illinois Tollway 2700 Ogden Ave. Downers Grove, IL 60515 | - | | 07.02.12 Tollways and Fees | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **6105** Internal Revenue Service ACS Support - STOP 813G P.O. Box 145566 Cincinnati, OH 45250 | - | | 11.13.2012 M & M Expedited Levy on Income | | | X | 0.00 / 620.97 | 0.00 / 620.97 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 725.97 | 725.97 |

B6E (Official Form 6E) (4/13) - Cont.

In re **SL EXPRESS INC.** _____,   Case No. _____
　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **6839**<br><br>**Kansas Motor Carrier Property Tax**<br>**Kansas Department of Revenue**<br>**915 SW Harrison St.**<br>**Topeka, KS 66612** | - | | **2012**<br><br>**Personal Property Tax** | | | | **500.00** | **0.00** | **500.00** |
| Account No. **9214**<br><br>**Kentucky Division of Motor Carriers**<br>**Tax Branch**<br>**P.O. Box 2007**<br>**Frankfort, KY 40602** | - | | 06.14.2012 | | | | **0.00** | **0.00** | **0.00** |
| Account No. **1101**<br><br>**Michigan Department of Treasury**<br>**P.O. Box 30140**<br>**Lansing, MI 48909** | - | | 10.19.2012 | | | | **0.00** | **0.00** | **0.00** |
| Account No. **9840**<br><br>**New Mexico Taxation and Revenue Dep**<br>**P.O. Box 630**<br>**Santa Fe, NM 87504** | - | | | | | X | **0.00** | **0.00** | **0.00** |
| Account No. **6105**<br><br>**New York State Tax Department**<br>**Misc Tax - Hut Processing**<br>**W A Harriman Campus**<br>**Albany, NY 12227** | - | | 07.31.2012 | | | | **0.00** | **0.00** | **0.00** |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **500.00** | **500.00** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **SL EXPRESS INC.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____
                    TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **xxx6479** | | | | 12.28.2012 | | | | | |
| North Texas Tollway Authority P.O. Box 660244 Dallas, TX 75266 | - | | | Tollway Fees and Penalties | | | | | 0.00 |
| | | | | | | | | 59.50 | 59.50 |
| Account No. **x7809** | | | | 2012 | | | | | |
| Office of the Secretary of State 501 SO 2nd St. 300 Howlett Bldg Springfield, IL 62756 | - | | | Licensing | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Ohio Public Utilites Commission Compliance Division 180 East Broad Street, 4th Floor Columbus, OH 43215 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **xx6534** | | | | 2011-2012 | | | | | |
| Oregon DOT 550 Capitol Street NE Salem, OR 97301 | - | | | Licensing | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **x6830** | | | | | | | | | |
| Travis County Tax Assessor 5501 Airport Blvd. P.O. Box 149326 Austin, TX 78714 | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet _**5**_ of _**6**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 59.50 | 59.50 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **SL EXPRESS INC.**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx xxx701 C**<br><br>**U.S. Department of Transportation**<br>**1200 New Jersey Ave, S.E.**<br>**Washington, DC 20590** | - | | **06.05.2012**<br><br>**MC number** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxxxxxxx6834**<br><br>**Wisconsin Department of Transportat**<br>**P.O. Box 7995**<br>**Milwaukee, WI 53201** | - | | **Vehicle Equipment Violation** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,948.67 | 0.00 | 1,948.67 |

B6F (Official Form 6F) (12/07)

In re   **SL EXPRESS INC.**                                              ,   Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **006A**<br><br>**20/20 Freight Systems<br>38 Jeanne Dr.<br>Newburgh, NY 12550** | | - | 12.26.2011<br>**Disputed Violation** | | | | 540.00 |
| Account No. **xxxx**<br><br>**5 Star Express LLC<br>38 Coal St.<br>Port Carbon, PA 17965** | | | **Owner Operator** | | | | 0.00 |
| Account No. **x2100**<br><br>**A & R Heavy duty Repair<br>960 Sivert Dr.<br>Wood Dale, IL 60191** | | - | 03.25.11<br>**Repairs** | | | | 0.00 |
| Account No. **5888**<br><br>**A Auto-Truck Service Inc.<br>7930 West palos Ave<br>Palos Park, IL 60464** | | - | 08.03.2011<br>**Truck Servicing** | | | | 0.00 |

__64__  continuation sheets attached

Subtotal (Total of this page)          540.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                              ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8981** <br><br>**Abraham Lincoln Memorial Hospital** <br>**315 8th St.** <br>**Lincoln, IL 62656** | - | | **12.12.10** <br>**Drug Test** | | | | 0.00 |
| Account No. **xx2701** <br><br>**ACME** <br>**2333 Arthur Av.e** <br>**Elk Grove Village, IL 60007** | - | | **01/03/2011** <br>**Reparis** | | | | 0.00 |
| Account No. **xx0842** <br><br>**Action of Dothan Truck Center** <br>**P.O. Box 6747** <br>**Dothan, AL 36302** | - | | **06.14.2010** <br>**Repairs** | | | | 0.00 |
| Account No. **9799** <br><br>**Action Tire Co.** <br>**410 Lee's Mill Road** <br>**Forest Park, GA 30297** | - | | **03.14.2011** <br>**Repairs** | | | | 0.00 |
| Account No. **xxxx** <br><br>**Action Trailer LLC** <br>**9600 W. 47th Street** <br>**McCook, IL 60525** | - | | **07.20.2009** <br>**Repairs** | | | | 0.00 |

Sheet no. __1__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal .........................................................................      0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **595** <br><br> **Advance Truck Repair Grooup Inc.** <br> **530 Santa Rosa Dr.** <br> **Des Plaines, IL 60018** | - | | | 01.14.2012 <br> Repairs | | | | 0.00 |
| Account No. **x2482** <br><br> **Advanced Diesel** <br> **965 Mathers Street** <br> **Melbourne, FL 32935** | - | | | 01.07.2011 <br> Servicing | | | | 0.00 |
| Account No. **xxxx** <br><br> **Ahmad Razek** <br> **7751 West 87th Place Apt 3W** <br> **Bridgeview, IL 60455** | - | | | Owner Operator | | | | 0.00 |
| Account No. <br><br> **AKE Service, Inc.** <br> **11735 S. Central Park Ave** <br> **Merrionette Park, IL 60803** | - | | | | | | | 0.00 |
| Account No. <br><br> **Akram A Razick** <br> **11043 S. Mansfield** <br> **Chicago Ridge, IL 60415** | - | | | Owner Operator | | | | 0.00 |

Sheet no. __2__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x8550**  Akransas Valley Diesel 6002 Hwy 50/287 West Lamar, CO 81052 | | - | | 09.15.11 Reparis | | | | 0.00 |
| Account No. **xx7540**  Allens' Inc. 305 East Main Siloam Springs, AR 72761 | | - | | 09.08.2011 Repairs | | | | 0.00 |
| Account No.  Alliance Shippers I 15515 S 70th Ct. Orland Park, IL 60462 | | - | | | | | | 0.00 |
| Account No. **x3358**  Allied Data Research P.O. Box 73 Roseville, CA 95678 | | - | | 04.05.2011 Driver's Records Research Services | | | | 0.00 |
| Account No. **xxxx**  AmBest ServiceCenter 5115 Maryland Way Suite 300 Brentwood, TN 37027 | | - | | Repairs | | | | 0.00 |

Sheet no. __3__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Angelica & Vadim Stepanov**<br>**277 Indian Pointe Drive**<br>**Maineville, OH 45039** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **xxxx**<br><br>**Anwar Khaled Dihan**<br>**1208 Camelot Ln.**<br>**Lemont, IL 60439** | - | | **09.14.2011**<br>**Truck Driver - contractor** | | | | **0.00** |
| Account No. **101**<br><br>**Arkansas Valley Diesel**<br>**6002 Hwy 50/287 West**<br>**Lamar, CO 81052** | | | **09.15.2011**<br>**Truck Repair** | | | | **0.00** |
| Account No. **6130**<br><br>**Arrow Truck Sales, Inc.**<br>**245 W. South Frontage Rd.**<br>**Bolingbrook, IL 60440** | - | | **08.09.2010**<br>**Inspection Services** | | | | **0.00** |
| Account No. **650-0**<br><br>**Artisan and Truckers Casualty Compa**<br>**P.O. Box 94739**<br>**Cleveland, OH 44101** | - | | **7.01.2012**<br>**Insurance** | | | | **0.00** |

Sheet no. __4__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                                      ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7950**<br><br>**Associated Fuel Systems Inc.**<br>**P.O. Box 67**<br>**Conley, GA 30288** | - | | 05.12.2011<br>**Truck Repairs** | | | | 0.00 |
| Account No. **1754**<br><br>**AT & T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197** | - | | 10.16.2009<br>**Phone Services** | | | | 1,759.68 |
| Account No. **919**<br><br>**B&B Repairs**<br>**22708 Pemberville Road**<br>**Luckey, OH 43443** | - | | 02.24.2010<br>**Repairs** | | | | 0.00 |
| Account No.<br><br>**B.J. Trailer & Truck Repair**<br>**4911 S. Monitor**<br>**P.O. Box 388812**<br>**Chicago, IL 60638** | - | | | | | | 0.00 |
| Account No.<br><br>**Bayview Funding**<br>**20154 Allentown Drive**<br>**Woodland Hills, CA 91364** | - | | | | | | 0.00 |

Sheet no. __5__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,759.68

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Berwick Bida**<br>**Bida Complex Bldg #93**<br>**3rd 7 Oak Streets**<br>**Berwick, PA 18603** | - | | | | | | 0.00 |
| Account No. **7639**<br><br>**Betty Veavers Lukoil**<br>**39 Riverside Dr.**<br>**Fultonville, NY 12072** | - | | 01.13<br>Truck Wash | | | | 0.00 |
| Account No.<br><br>**Blue Heron Hills CC**<br>**One Country Club Lane**<br>**Macedon, NY 14502** | - | | | | | | 0.00 |
| Account No. **100**<br><br>**Bluefield Transport**<br>**301 Industrial Park Road**<br>**Bluefield, VA 24605** | - | | 8.4.2009<br>Truck Repairs | | | | 215.88 |
| Account No. **xxxxxx8122**<br><br>**BMW of North America**<br>**Regional Service Center**<br>**P.O. Box 3608**<br>**Dublin, OH 43016** | - | | 2009-2012<br>Repossessed BMW 2012 | | | | 0.00 |

Sheet no. __6__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    215.88

B6F (Official Form 6F) (12/07) - Cont.

In re **SL EXPRESS INC.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxx-xxx7228**<br><br>**Broadway Premium Funding**<br>**1747-22 Veterans Memorial Hwy**<br>**Islandia, NY 11749** | - | | Credit | | | | 200.00 |
| Account No. **8098**<br><br>**Broome Service Center, Inc.**<br>**463 Old Jackson Hwy**<br>**Jackson, SC 29831** | - | | 7.8.2010<br>Truck servicing and repair | | | | 0.00 |
| Account No. **xxx1653**<br><br>**Bud's Tire & Wrecker**<br>**P.O. Box 203 Highway 41**<br>**Sycamore, GA 31790** | - | | 06.07.2011<br>Repairs | | | | 0.00 |
| Account No.<br><br>**Bustos Truck Tire Repair**<br>**4807 S. Kilpatrick**<br>**Chicago, IL 60632** | - | | Tire servicing | | | | 0.00 |
| Account No. **x2549**<br><br>**C Johnson Truck Repair**<br>**100 South Pine**<br>**Janesville, WI 53548** | - | | 10.20.2010<br>Repairs | | | | 0.00 |

Sheet no. __7__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   200.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                    ,       Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9227**<br><br>**Capitol Freightliner**<br>**P.O. Box 15734**<br>**Baton Rouge, LA 70895** | - | | **01.26.2011**<br>**Repairs** | | | | 0.00 |
| Account No.<br><br>**Centennial Warehouse**<br>**10400 Hickman Road**<br>**Des Moines, IA 50325** | - | | | | | | 0.00 |
| Account No. **x2202**<br><br>**Central Ag Wheel & Tire**<br>**4106 Esthner**<br>**Wichita, KS 67209** | - | | **8.18.2011**<br>**Servicing** | | | | 0.00 |
| Account No.<br><br>**Charles Robinson**<br>**5141 Monroe Street**<br>**Matteson, IL 60443** | - | | **Owner Operator** | | | | 0.00 |
| Account No. **x0670**<br><br>**Chicago Truck**<br>**5300 West Plattner Dr**<br>**Alsip, IL 60803** | - | | **9.16.2011**<br>**Parts** | | | | 0.00 |

Sheet no. __**8**__ of __**64**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                          ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | - | | 11.11.10<br>Towing services | | | | |
| CollisionCraft<br>7530 W. 90th St.<br>Bridgeview, IL 60455 | | | | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx9635 | | | - | | 2012<br>Cable Internet | | | | |
| Comcast<br>Attn: Bankruptcy Department<br>P.O. Box 3005<br>Southeastern, PA 19398 | | | | | | | | | 280.00 |
| Account No. xxxx | | | - | | 7.9.09<br>Data Services | | | | |
| Comdata Corporation<br>5301 Maryland Way<br>Brentwood, TN 37027 | | | | | | | | | 0.00 |
| Account No. xxxx | | | - | | 12.14.2011<br>Lease | | | | |
| Compass Lease, LLC<br>9001 W. 79th Place<br>Justice, IL 60458 | | | | | | | | | 0.00 |
| Account No. xxx-xxxxxx6340 | | | - | | 2011-2012<br>Occupational Medical Services | | | | |
| Concentra<br>Occupational Health Centers SW, P.A<br>P.O. Box 488<br>Lombard, IL 60148 | | | | | | | | | 0.00 |

Sheet no. __9__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          280.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8332**<br><br>**Conway Enterprises Inc.**<br>**100 Conway Lane**<br>**Evergreen, AL 36401** | - | | **05.27.2010**<br>**Repairs** | | | | 0.00 |
| Account No. **0052**<br><br>**Crowders Fleet Maintenance LLC**<br>**4020 Dignan St.**<br>**Jacksonville, FL 32254** | - | | **04.18.2011**<br>**Repairs** | | | | 0.00 |
| Account No. **x0722**<br><br>**Cummins Mid-South LLc**<br>**P.O. Box 842316**<br>**Dallas, TX 75284** | - | | **06.24.2010**<br>**Truck Repair** | | | | 0.00 |
| Account No. **xxx-x3338**<br><br>**Cummins Power South**<br>**5125 Georgia Hwy 85**<br>**Atlanta, GA 30349** | - | | **11.05.2011**<br>**Parts** | | | | 0.00 |
| Account No.<br><br>**Daniel A. Holston**<br>**2373 E 70th**<br>**Batavia, IL 60510** | - | | **Owner Operator** | | | | 0.00 |

Sheet no. __**10**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                        , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x1977** <br><br> **Dean's Auto & Diesel Repair** <br> **1608 St. Rt. 127 N** <br> **Scott, OH 45886** | - | | | 06.29.2010 <br> Servicing | | | | 0.00 |
| Account No. <br><br> **Dhalida M. Ozuna** <br> **P.O. Box 733** <br> **Hinckley, MN 55037** | - | | | Owner Operator | | | | 0.00 |
| Account No. <br><br> **Dimara Transportation Services** <br> **35 Vaughan Street** <br> **Providence, RI 02904** | - | | | Thank you. | | | | 0.00 |
| Account No. **3371** <br><br> **Don's Tire & Truck Service Inc.** <br> **P.O. Box 3816** <br> **Big Spring, TX 79721** | - | | | 07.05.11 | | | | 0.00 |
| Account No. **0006** <br><br> **E & R Trailer Sales Service Inc.** <br> **20186 Lincoln Hwy** <br> **Middle Point, OH 45863** | - | | | 07.22.2010 <br> Repairs | | | | 0.00 |

Sheet no. __11__ of __64__ sheets attached to Schedule of       Subtotal         0.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **E.C. Colley Warehouse Corporation** <br>**1121 South Claiborne Ave.** <br>**New Orleans, LA 70125** | - | | | | | | 0.00 |
| Account No. <br><br> **Eagle Capital Corporation** <br>**P.O. Box 4215** <br>**Tupelo, MS 38803** | - | | Carrier Credit | | | | 0.00 |
| Account No. <br><br> **ED Schmidt Truck Store LLc** <br>**1270 conant Street** <br>**Maumee, OH 43537** | - | | | | | | 0.00 |
| Account No. **x8693** <br><br> **Eddie's Repair Shop** <br>**10031 Virginia Av.** <br>**Chicago Ridge, IL 60415** | - | | 12.27.2011 <br>Truck Inspection and Servicing | | | | 0.00 |
| Account No. **xx7696** <br><br> **EIMA Corp** <br>**12553 S. Laramie Ave** <br>**Alsip, IL 60803** | - | | 01.11.2011 <br>Repairs | | | | 0.00 |

Sheet no. __12__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Eldon M. White**<br>**101 Leigh Lane**<br>**Montz, LA 70068** | - | | | **Owner Operator** | | | | **0.00** |
| Account No.<br><br>**Ethnic Media Corporation**<br>**704 S. Milwakee Ave.**<br>**Wheeling, IL 60090** | - | | | **Advertising** | | | | **0.00** |
| Account No.<br><br>**Eugenija Barauskas**<br>**11735 S. Central Park Ave**<br>**Merrionette Park, IL 60803** | - | | | | | | | **0.00** |
| Account No. **x7669**<br><br>**Excelle Technoligies, Inc.**<br>**Pro Transport**<br>**120 W. Golf Rd., suite 200**<br>**Schaumburg, IL 60195** | - | | | **11.01.2011**<br>**Maintenance and Support** | | | | **0.00** |
| Account No. **x9559**<br><br>**FallZones Towing Service Inc.**<br>**Wilkes-Barre Terminal**<br>**271 N. Sherman Street**<br>**Wilkes-Barre, PA 18072** | - | | | **12-01-2009**<br>**Service** | | | | **700.00** |

Sheet no. __**13**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                    ,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6975** <br><br>**Family Medical Lab, Inc.** <br>**915 E. Garriott Suite E** <br>**Enid, OK 73701** | - | | **20120-2013** <br>**Medical Services** | | | | 0.00 |
| Account No. <br><br>**Far Service Group** <br>**12520 Yorkshire Dr.** <br>**Homer Glen, IL 60491** | - | | **Owner Operator** | | | | 0.00 |
| Account No. <br><br>**Farmers Insurance Group** <br>**11414 S. Harlem** <br>**Worth, IL 60482** | - | | **Insurance Services** | | | | 0.00 |
| Account No. **x-xxx-x6354** <br><br>**FedEx - Customer Relations** <br>**3875 Airways, Module H3** <br>**Department 4634** <br>**Memphis, TN 38116** | - | | **2010-2013** <br>**Shipping & Handling** | | | | 0.00 |
| Account No. <br><br>**FEDEX Truckload Bro** <br>**1475 Boettler R** <br>**Uniontown, OH 44685** | - | | | | | | 0.00 |

Sheet no. __**14**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7861**<br><br>**Field & Road Service Truck Repair**<br>P.O. Box 306<br>Pawnee, IL 62558 | | - | | **08.26.2009**<br>**Truck Servicing** | | | | 0.00 |
| Account No.<br><br>**Five Star Twoing LLC**<br>1635 9th Street<br>P.O. Box 3240<br>Rock Springs, WY 82901 | | - | | **Towing Service** | | | | 0.00 |
| Account No. **xx7628**<br><br>**Fleet One**<br>613 Bakertown Road<br>Antioch, TN 37013 | | - | | **2009-2013**<br>**Fuel Credit Card** | | | | 10,000.00 |
| Account No. **4523**<br><br>**FleetCo Inc.**<br>3003 Brick Church Pike<br>Nashville, TN 37207 | | - | | **5.4.2011**<br>**Truck repairs** | | | | 3,494.85 |
| Account No. **x8100**<br><br>**FleetPride**<br>P.O. Box 847118<br>Dallas, TX 75284 | | - | | | | | | 0.00 |

Sheet no. __15__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      **13,494.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1191** <br><br> **Florida Pro Diesel Inc.** <br> **8201 N.W. 93rd Street** <br> **Medley, FL 33166** | - | | 05.29.2010 <br> **Truck Servicing** | | | | 0.00 |
| Account No. **x0440** <br><br> **G & D Trailer Repairs LLC** <br> **1409 Cholla Way** <br> **Las Vegas, NV 89101** | - | | 1.16.2010 <br> **Truck Repairs** | | | | 0.00 |
| Account No. **xxxx** <br><br> **Gabrielli Truck Sales of CT, LLC** <br> **277 New Park Avenue** <br> **Hartford, CT 06106** | | | 06.10.2009 <br> **Truck Repair** | | | | 1,295.96 |
| Account No. **xxxxxx5-001** <br><br> **General Electric Company** <br> **333 Hesper Road** <br> **P.O. Box 37504** <br> **Billings, MT 59102** | - | | 12/3/2012 <br> **Volvo Repossession** | | | | 7,323.23 |
| Account No. <br><br> **Genesis Drug Testing** <br> **P.O. Box 452307** <br> **Laredo, TX 78045** | - | | 2009-2013 <br> **Drug Testing** | | | | 0.00 |

Sheet no. __16__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,619.19**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.** _____,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0933**<br><br>**Gerald's Towing & Truck Repair**<br>**1633 St. Mary St.**<br>**P.O. Box 808**<br>**Scott, LA 70583** | - | | **01.22.2011**<br>**Truck Repair** | | | | 0.00 |
| Account No.<br><br>**Gerard T. Jackson**<br>**310 Redwood Drive Box 16**<br>**Coosada, AL 36020** | - | | **Owner Operator** | | | | 0.00 |
| Account No. **xx7631**<br><br>**Getloaded Corp.**<br>**One Park West Circle**<br>**Suite 300**<br>**Midlothian, VA 23114** | - | | **3.11.2012**<br>**Freight-Matching** | | | | 0.00 |
| Account No. **1520**<br><br>**Goodyear Towing & Recovery, Inc.**<br>**407 Mill Avenue**<br>**Enterprise, AL 36331** | - | | **06.13.2010**<br>**Towing Services** | | | | 0.00 |
| Account No. **x6617**<br><br>**GPSNet Technoligies**<br>**3290 Jefferson Boulevard, Suite 202**<br>**Windso, Ontario N8T 2W8 CANADA**<br>**Windsor, ON** | - | | **7.31.2009**<br>**Monthly Subscription** | | | | 50.00 |

Sheet no. __17__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **50.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** ,                                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6499** <br><br> **Grandview Medical Center** <br> **1000 Highway 28** <br> **Jasper, TN 37347** | - | | | | **3.3.2011** <br> **Drug Testing** | | | | 0.00 |
| Account No. <br><br> **Great American Assurance Co** <br> **49 East 4th Street DNT-3** <br> **Cincinnati, OH 45202** | - | | | | | | | | 0.00 |
| Account No. **xx0619** <br><br> **Great American Inc.** <br> **1781 Westfork Drive Suite 104** <br> **Lithia Springs, GA 30122** | - | | | | **05.12.2011** <br> **Truck Repairs** | | | | 0.00 |
| Account No. **xxxxx9374** <br><br> **Great American Insurance Group** <br> **Specialty Accounting** <br> **P.O. Box 89400** <br> **Cleveland, OH 44101** | - | | | | **2009-2013** <br> **Insurance SErvices** | | | | Unknown |
| Account No. <br><br> **Great West Casualty Company** <br> **1100 West 29th Street** <br> **P.O. Box 277** <br> **South Sioux City, NE 68776** | - | | | | **Insurance Co** | | | | 0.00 |

Sheet no. __**18**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __SL EXPRESS INC.__ ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4222** <br><br> **GTO Trucking and Repair Inc.** <br> **1310 South 4th Ave.** <br> **Maywood, IL 60153** | - | | | **02.22.2010** <br> **Repairs** | | | | 0.00 |
| Account No. <br><br> **Hamder Trucking** <br> **5584 S. Forrester Dr.** <br> **Rochelle, IL 61068** | - | | | **Owner Operator** | | | | 0.00 |
| Account No. <br><br> **Haywood Medical - DOT** <br> **576 Leroy George Dr. Bldg 1** <br> **Clyde, NC 28721** | - | | | **07.07.2011** <br> **Drug Screeing** | | | | 0.00 |
| Account No. **3183** <br><br> **Holiday Fleet Services Inc.** <br> **2507 Walnut St. N** <br> **Roseville, MN 55113** | - | | | **05.11.10** <br> **Oil changing services** | | | | 0.00 |
| Account No. **1120** <br><br> **Holiday Truck Equipment** <br> **3701 85th Avenue NE** <br> **Shoreview, MN 55126** | - | | | **Truck Servicing** | | | | 0.00 |

Sheet no. __19__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                              ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **3390**<br><br>**Hood's Service Center Inc.**<br>**1651 S. Hwy K**<br>**Bois D Arc, MO 65612** | - | | | | **10.05.2011**<br>**Repairs** | | | | 0.00 |
| Account No. **xx4501**<br><br>**Hoosier Trailer & Truck Equipment**<br>**4830 Todd Drive**<br>**Fort Wayne, IN 46803** | - | | | | **09.30.2011**<br>**Repairs & Parts** | | | | 0.00 |
| Account No. **9505**<br><br>**Horizon Premium finance**<br>**6000 W. 79th Street**<br>**Burbank, IL 60459** | - | | | | **05.04.2012** | | | | 0.00 |
| Account No. **x3746**<br><br>**House of Trucks**<br>**7910 Joliet Road**<br>**Willowbrook, IL 60527** | - | | | | **01.14.2011**<br>**Truck Dealer** | | | | 0.00 |
| Account No.<br><br>**HR Studio, Inc.**<br>**7158 West Grand Ave.**<br>**Elmwood Park, IL 60707** | - | | | | | | | | 0.00 |

Sheet no. __**20**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                                     ,        Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6969**<br><br>**I-20 Truck Shop<br>P.O. Box 29<br>Bowdon Junction, GA 30109** | - | | **11.08.2010<br>Truck Repair** | | | | 0.00 |
| Account No. **xxxxxx4408**<br><br>**Ice Mountain Direct<br># 215<br>6661 Dixie Hwy, Suite 4<br>Louisville, KY 40258** | - | | **2009-2013<br>Water** | | | | 0.00 |
| Account No.<br><br>**Il G Truck Repair<br>1850 High Prairie Rd. Suite 410<br>Grand Prairie, TX 75050** | - | | **Truck Repair** | | | | 0.00 |
| Account No.<br><br>**Illinois License Services Inc.<br>800 Ravinia Place<br>Orland Park, IL 60462** | - | | **2009-2013<br>Licensing Services** | | | | 0.00 |
| Account No.<br><br>**ImmediCenter<br>500 Union Voulevard<br>Totowa, NJ 07512** | - | | | | | | 0.00 |

Sheet no. __21__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2416**<br><br>**Insurance Administrator, Inc.**<br>**309 Stuart Place Road**<br>**Harlingen, TX 78552** | - | | **2011-2013**<br>**Carbo Liability Insurance** | | | | **0.00** |
| Account No. **xxxx**<br><br>**Insurance Finance Corporation**<br>**P.O. Box 315**<br>**Des Moines, IA 50306** | - | | **09.28.2011**<br>**Insurance Services** | | | | **0.00** |
| Account No. **xxxxxxxVPCT**<br><br>**Internet Truckstop**<br>**P.O. Box 99**<br>**New Plymouth, ID 83655** | - | | **2009-2013** | | | | **0.00** |
| Account No. **4509**<br><br>**J & J Truck Mobile Repair**<br>**P.O. Box 1834**<br>**Huntington, WV 25719** | - | | **11.02.2011**<br>**Truck and Trailer Repair** | | | | **0.00** |
| Account No.<br><br>**Jaroslaw Zalewski**<br>**8104 S. Neenah**<br>**Burbank, IL 60459** | - | | **Owner Operator** | | | | **0.00** |

Sheet no. __22__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 07.01.2011 Truck Repair | | | | |
| JC Truck Repairs 15545 S. Weber Road Lockport, IL 60441 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| JD Factors, LLC P.O. Box 687 Wheaton, IL 60189 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| JMS Trucking 905 Wendy Ln. Carthage, MO 64836 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| Joelis Alfaro 3510 SW 3st Miami, FL 33135 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxx** | | | | 10.08.2010 Repairs | | | | |
| John's Auto Glass 4259 N. Milwaukee Ave. Chicago, IL 60641 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __23__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **SL EXPRESS INC.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jose V. Rios<br>856 Emilio Pl<br>Canutillo, TX 79835 | | - | Owner Operator | | | | 0.00 |
| Account No.<br><br>JPG Trans Company Inc.<br>5431 Goodwick Way apt B<br>Norcross, GA 30071 | | - | Owner Operator | | | | 0.00 |
| Account No. **0090**<br><br>JX peterbilt - Bolingbrook<br>535 East South Frontage Rd<br>Bolingbrook, IL 60440 | | | 09.07.2011<br>Repairs | | | | 0.00 |
| Account No. **xxxx**<br><br>K & K Auto Truck Stop<br>P.O. Box 4<br>Mounds, IL 62964 | | - | 09.29.2011<br>Repairs | | | | 0.00 |
| Account No.<br><br>Katie Embry<br>1211 E. Wilson<br>Batavia, IL 60510 | | - | Owner Operator | | | | 0.00 |

Sheet no. __24__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** ,                                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kazimieras Janavicius** <br> **11735 S. Central Park Ave** <br> **Merrionette Park, IL 60803** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **4301** <br><br> **KBM Equipment Repair Inc.** <br> **7715 W. 88th Street** <br> **Bridgeview, IL 60455** | - | | **2009-2013** <br> **Equipment Repair & Storage** | | | | **525.00** |
| Account No. **4731** <br><br> **Kentucky Tire Exchange** <br> **331 Kentucky St.** <br> **P.O. Box 616** <br> **Bowling Green, KY 42102** | - | | **9.7.11** <br> **Truck Service** | | | | **0.00** |
| Account No. <br><br> **Kukobat Rade** <br> **2100 44th St.** <br> **Highland, IN 46322** | - | | **Owner Operator** | | | | **0.00** |
| Account No. <br><br> **Kurt Roger Gonzales** <br> **12000 NW 13th St.** <br> **Pembroke Pines, FL 33026** | - | | **Owner Operator** | | | | **0.00** |

Sheet no. __25__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**525.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Landair Trans Inc.**<br>**P.O. Box 938**<br>**Greeneville, TN 37744** | | - | | | | | | **0.00** |
| Account No. **xxxx** <br><br>**Landis Express Inc.**<br>**P.O. Box 14807**<br>**2600 Beltline Ave.**<br>**Reading, PA 19612** | | - | | | | | | **0.00** |
| Account No. <br><br>**Landstar System Inc.**<br>**P.O. Box 19137**<br>**Jacksonville, FL 32245** | | - | | | | | | **0.00** |
| Account No. <br><br>**LEC Trucking Inc**<br>**5141 Monroe Street**<br>**Matteson, IL 60443** | | - | | Owner Operator | | | | **0.00** |
| Account No. **0000** <br><br>**Lexis Nexis Medical Review Services**<br>**480 Quadrangle Drive**<br>**Suite D**<br>**Bolingbrook, IL 60440** | | - | | Pre-Employment drug Test | | | | **0.00** |

Sheet no. __26__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **SL EXPRESS INC.**                                                 ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx3867**<br><br>**Little Company of Mary Affiliated Services In.**<br>**5660 West 95th Street, Suite 1**<br>**Oak Lawn, IL 60453** | - | | **2009-2013**<br>**Occupational Medical Services** | | | | **0.00** |
| Account No.<br><br>**LKC Logistics**<br>**118 Deertrail E**<br>**Sebring, FL 33876** | - | | | | | | **0.00** |
| Account No. **x6212**<br><br>**Love's Tier Care #266**<br>**3201 12th NW**<br>**P.O. Box 2236**<br>**Ardmore, OK 73401** | - | | **10.07.10**<br>**Tire Servicing** | | | | **0.00** |
| Account No. **5146**<br><br>**Love's Tire Care #306**<br>**1058 Deep Springs Rd.**<br>**Dandridge, TN 37725** | - | | **12.16.11**<br>**Tire repair** | | | | **269.21** |
| Account No. **093**<br><br>**Loves Tire Care #204**<br>**1601 Brikes road**<br>**Eufaula, OK 74432** | - | | **10.06.2011**<br>**Repairs** | | | | **0.00** |

Sheet no. __**27**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **269.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                              ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1693** <br><br>**Loves Tire Care #370** <br>**2586 N. Main Street** <br>**Hubbard, OH 44425** | - | | 09.06.2011 <br>**Tire Service** | | | | 0.00 |
| Account No. **xxx1424** <br><br>**Luis Alberto Leiva Quintana** <br>**38034 Beryl Court** <br>**Palmdale, CA 93552** | - | | 9.21.2011 <br>**Services** | | | X | 2,000.00 |
| Account No. <br><br>**Luis Vladimir Lamboy** <br>**1009 South 49th Street** <br>**Tampa, FL 33619** | - | | **Owner Operator** | | | | 0.00 |
| Account No. **1191** <br><br>**M and A Truck and Trailer** <br>**7006 W 96th St.** <br>**Oak Lawn, IL 60453** | - | | 11.17.2011 <br>**Repairs** | | | | 0.00 |
| Account No. **x2995** <br><br>**M&M Air Cargo & Delivery Service** <br>**P.O. Box 3010** <br>**Laredo, TX 78044** | - | | 07.26.2010 <br>**Storage and Delivery Charges** | | | | 0.00 |

Sheet no. __**28**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,000.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**SL EXPRESS INC.**_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marius Mazuna**<br>**8914 W 147th St.**<br>**Orland Park, IL 60462** | - | | **Onwer Operator** | | | | **0.00** |
| Account No. **9998**<br><br>**Mark Signs Inc.**<br>**211 Beeline Drive Unit 9**<br>**Bensenville, IL 60106** | - | | **11.08.10**<br>**Sign Printing** | | | | **0.00** |
| Account No.<br><br>**MasterFleet LLC**<br>**P.O. Box 11906**<br>**Green Bay, WI 54307** | - | | **Truck Maintenance** | | | | **0.00** |
| Account No.<br><br>**Mazin Zahra**<br>**5694 S Archer Ave**<br>**Chicago, IL 60638** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **5360**<br><br>**MDA Express Inc.**<br>**7801 W. 112th Pl**<br>**Palos Hills, IL 60465** | - | | **02.22.2011**<br>**Repairs** | | | | **800.00** |

Sheet no. __**29**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                                ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Mechanix on Wheels 33303 Rollingwood Dr. Pinehurst, TX 77362 | - | | 2011 Repairs | | | | 0.00 |
| Account No.  9057  Med-Stop Inc. 2781 Marden Court Northbrook, IL 60062 | - | | 2011 Occupational Medical Services | | | | 0.00 |
| Account No.  xx0894  MedTox Laboratories Inc. 402 West County Road D. Saint Paul, MN 55112 | - | | 07.05.2009 Drug Testing Services | | | | 0.00 |
| Account No.  6199  Medwest Haywood Carolinas Health Care P.O. Box 369 Clyde, NC 28721 | - | | 07.13.2011 Drug Screening | | | | 0.00 |
| Account No.  Melon One Inc 26 Brooklyn Terminal Market Brooklyn, NY 11236 | - | | | | | | 0.00 |

Sheet no. __30__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **7808** <br><br> **MHC Kenworth - Knoxville** <br> **1400 Ault Road** <br> **P.O. Box 6599** <br> **Knoxville, TN 37914** | - | | | **01.12.2010** <br> **Repairs** | | | | 0.00 |
| Account No. <br><br> **MHC Kenworth South Dallas** <br> **34661 LBJ Freeway** <br> **Dallas, TX 75241** | - | | | | | | | 0.00 |
| Account No. <br><br> **Michael Hill** <br> **7046 S. Racine** <br> **2nd Floor** <br> **Chicago, IL 60636** | - | | | **Owner Operator** | | | | 0.00 |
| Account No. **2490** <br><br> **Michigan Truck & Equipment Sales, I** <br> **4525 Clyde Park SW** <br> **Wyoming, MI 49509** | - | | | **03/16/2010** <br> **Parts & Repairs** | | | | 0.00 |
| Account No. **6759** <br><br> **Midway Truck Parts** <br> **7400 W. 87th Street** <br> **Bridgeview, IL 60455** | - | | | **04.23.2011** <br> **Parts** | | | | 0.00 |

Sheet no. __31__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                    ,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx8218** <br><br> **Midwest Trailer Repair, Inc.** <br> **1900 W. 43rd St.** <br> **Chicago, IL 60609** | - | | | **2009-2013** <br> **Lease of Parts and trailers** | | | | **Unknown** |
| Account No. <br><br> **Mieczyslaw Gancarz** <br> **8633 W 73rd Place** <br> **Justice, IL 60458** | - | | | **Owner Operator** | | | | **0.00** |
| Account No. <br><br> **Miroslaw Sojda** <br> **20 Ascot Ln.** <br> **Streamwood, IL 60107** | - | | | **Owner Operator** | | | | **0.00** |
| Account No. **xxxx** <br><br> **Mohamed Sghaier Gorchene** <br> **8100 W 107th St.** <br> **Palos Hills, IL 60465** | - | | | **Owner Operator** | | | | **0.00** |
| Account No. **xxxx** <br><br> **Mountain West Truck Center** <br> **1475 W. 2100 S.** <br> **Salt Lake City, UT 84119** | - | | | **12.08.2009** <br> **Truck Repair** | | | | **0.00** |

Sheet no. __**32**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx** | | | | **11.30.2010** Fuel Card | | | | |
| Multi Service 8650 College Boulevard Overland Park, KS 66210 | - | | | | | | | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| Mustafa Dzafic 3228 E. 31st Ave Spokane, WA 99223 | - | | | | | | | 0.00 |
| Account No. **xxx1/865** | | | | **09.09.2011** | | | | |
| Naeem Chaudari c/o Meggesto Crossett & Velerino 313 E. Willow Street Suite 201 Syracuse, NY 13203 | - | | | | | | X | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| National 1 Logistics 10335 S. Austin Ave Oak Lawn, IL 60453 | - | | | | | | | 0.00 |
| Account No. **6069** | | | | **04.26.201** Overdrawn Charges and Fees | | | | |
| National City Bank P.O. Box 30308 Kalamazoo, MI 49003 | - | | | | | | | **Unknown** |

Sheet no. __**33**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx** <br><br> **National Semi-Trailer Corp.** <br> **1001 Independence Drive** <br> **Romeoville, IL 60446** | - | | 12.10.2010 <br> Rental, leasing | | | | 0.00 |
| Account No. <br><br> **National Semi-Trailer Corporation** <br> **1001 Independence Drive** <br> **Romeoville, IL 60446** | - | | | | | | 0.00 |
| Account No. **xxxx** <br><br> **National Toxicology Specialists, In** <br> **1425 Elm Hill Pike** <br> **Nashville, TN 37210** | - | | 10.20.2009 <br> Drug Screen Services | | | | 0.00 |
| Account No. <br><br> **Nenad Milovanovic** <br> **5111 W. Montrose Ave.** <br> **Chicago, IL 60641** | - | | Owner Operator | | | | 0.00 |
| Account No. <br><br> **NetCorp Equipment C** <br> **2600 S 25th Ave.** <br> **Broadview, IL 60155** | - | | Equipment Lease | | | | 0.00 |

Sheet no. __34__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                          ,     Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NetCorp Trailers, Inc.<br>P.O. Box 6340<br>Broadview, IL 60155 | - | | 2009-2013<br>Trailer Lease | | | | 3,000.00 |
| Account No. **x3415**<br><br>NIC technologies (DOT)<br>P.O. Box 219907<br>Kansas City, MO 64121-9907 | - | | 2009-2013<br>Driver Record Search | | | | 0.00 |
| Account No.<br><br>NY International REgistration Unit<br>IRP Unit<br>P.O. Box 2850 - ESP<br>Albany, NY 12220 | - | | 01.27.2011 | | | | 0.00 |
| Account No. **3867**<br><br>Occupational Health Magement System<br>5660 W 95th Street Suite 1<br>Oak Lawn, IL 60453 | - | | 11.01.10<br>Drug Screening | | | | 0.00 |
| Account No.<br><br>OCF<br>2108 Canton Way SW<br>Olympia, WA 98502 | - | | | | | | 0.00 |

Sheet no. __35__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      3,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __SL EXPRESS INC._____,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Omar Villalobos**<br>**309 Southview Drive**<br>**Rochelle, IL 61068** | | - | **Owner Operator** | | | | **0.00** |
| Account No. <br><br>**Orange Commercial Credit**<br>**1990 S. Santa Cruz**<br>**Anaheim, CA 92805** | | - | | | | | **0.00** |
| Account No. **xxxxx** <br><br>**Outsource Fleet Services, Inc.**<br>**6363 West73rd St.**<br>**Bedford Park, IL 60638** | | - | **01/06.2012** | | | | **0.00** |
| Account No. <br><br>**PAL Trailer Leasing**<br>**571 S. Jolliet Rd.**<br>**Bolingbrook, IL 60440** | | - | **Trailer Lease** | | | | **0.00** |
| Account No. **xxxx9591** <br><br>**Penske Truck Leasing**<br>**Route 10 Green Hills**<br>**P.O. Box 391**<br>**Reading, PA 19603** | | - | **04.07.2011**<br>**Truck Lease** | | | | **0.00** |

Sheet no. __36__ of __64__ sheets attached to Schedule of          Subtotal          **0.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | |
| Account No. **xxxxxxxxxxxx7228**<br><br>**Peoples Insurance Agency**<br>**1700 8th Street**<br>**P.O. Box 119**<br>**Waverly, IA 50677** | - | | | **2012**<br>**Insurance Services** | | | | 200.00 |
| Account No.<br><br>**Performance Truck**<br>**100 Pit Stop Trace**<br>**Buda, TX 78610** | - | | | **06.05.2009**<br>**Truck Inspection** | | | | 0.00 |
| Account No. **YCASHP**<br><br>**Peterbilt of Wyoming**<br>**4113 W. Yellowstone Hwy**<br>**Casper, WY 82604** | - | | | **09/16/2011**<br>**Parts** | | | | 207.69 |
| Account No. **xx0500**<br><br>**Petro Lube**<br>**4700 S. Lincoln Ave.**<br>**York, NE 68467** | - | | | **09.19.11**<br>**Repairs** | | | | 0.00 |
| Account No. **5194**<br><br>**Petro Lube # 370**<br>**301 SW First Street**<br>**Oak Grove, MO 64075** | - | | | **06.20.2010**<br>**Parts** | | | | 0.00 |

Sheet no. **37** of **64** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        407.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9780**<br><br>**Petro Lube #313<br>I-40 Exit 79 At Horizon Blvd<br>Milan, NM 78219** | - | | **02.01.2011<br>Tire Servicing** | | | | 0.00 |
| Account No. **5247**<br><br>**Petro Lube #315<br>I-40 and Blake Ranch Rd.<br>Kingman, AZ 86401** | - | | **03.24.2010<br>Repairs** | | | | 0.00 |
| Account No. **x4349**<br><br>**Petro Lube #353<br>North 5800 Kinney Road<br>Portage, WI 53901** | - | | **09.06.2010<br>Truck Servicing** | | | | 0.00 |
| Account No. **x9727**<br><br>**Petro Lube #368<br>923 South Sylvania Ave<br>Sturtevant, WI 53177** | - | | **06.15.2011<br>Servicing** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-3853**<br><br>**PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285** | - | | **2009-2013<br>Revolving Credit** | | | | 3,000.00 |

Sheet no. __**38**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     3,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **SL EXPRESS INC.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx5483**<br><br>**Pol-Tex International**<br>**13830 Hatcherville Road**<br>**Mont Belvieu, TX 77580** | - | | | 11.25.2011 | | | | 0.00 |
| Account No. **xxx1143**<br><br>**Pomp's Tire Service Inc.**<br>**P.O. Box 1630**<br>**Green Bay, WI 54305** | - | | | 08.27.2010<br>Repairs | | | | 0.00 |
| Account No. **7451**<br><br>**Power Lube LLC**<br>**1461 Busse Rd.**<br>**Elk Grove Village, IL 60007** | - | | | 01/03/2011<br>Repairs | | | | 0.00 |
| Account No. **xxxx**<br><br>**Powers & Stinson**<br>**384 E. Goodman Road**<br>**Suite 242**<br>**Southaven, MS 38671** | - | | | 7.4.2011 | | | | 0.00 |
| Account No.<br><br>**Powwrotrans Corp**<br>**Pawel Jan Wrobel**<br>**8214 Daniel Dr.**<br>**Justice, IL 60458** | - | | | Onwer Operator | | | | 0.00 |

Sheet no. __**39**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **SL EXPRESS INC.**                                   ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5337**<br><br>**Private Pay Drug Test**<br>**4201 Pottsville Pike**<br>**Reading, PA 19605** | - | | **5.26.2011**<br>**escreen drug test** | | | | 0.00 |
| Account No. **xx0510**<br><br>**Pro Med South**<br>**3801 S. Lamar Blvd**<br>**Austin, TX 78704** | - | | **7.13.09**<br>**Drug Screen** | | | | 0.00 |
| Account No. **x4582**<br><br>**Pro-Master Truck Repair Inc.**<br>**4549 W. 137th St.**<br>**Midlothian, IL 60445** | - | | **01.31.2011**<br>**Repairs** | | | | 0.00 |
| Account No. **xxxx650-0**<br><br>**Progressive Insurance**<br>**6300 Wilson Mills Road**<br>**Cleveland, OH 44143** | - | | **2009-2013**<br>**Insurance Services** | | | | 818.98 |
| Account No. **9292**<br><br>**Quality Truck Care Center Inc.**<br>**P.O. Box 3337**<br>**Oshkosh, WI 54903** | - | | **26.02.2010**<br>**Truck Repairs** | | | | 378.36 |

| Sheet no. **40** of **64** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,197.34 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                    ,        Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9030**<br><br>**Quest Diagnostics Inc**<br>**One Malcolm Avenue**<br>**Teterboro, NJ 07608** | - | | **10.07.2009**<br>**Drug Testing** | | | | 0.00 |
| Account No. **xxxx7639**<br><br>**Quill.com**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101** | - | | **2011-2013**<br>**Office Supplies** | | | | 300.00 |
| Account No. **5855**<br><br>**RaDa Truck Service Inc.**<br>**P.O. Box 266**<br>**Hubbard, OH 44425** | - | | **9.7.11**<br>**Inspection, Repairs** | | | | 0.00 |
| Account No.<br><br>**Rafal Kaczmarczyk**<br>**dba Raka's Trucking Corporation**<br>**8633 W. 73rd Pl.**<br>**Justice, IL 60458** | - | | **Owner Operator** | | | | 0.00 |
| Account No. **3278**<br><br>**Rapid Recovery Solutions**<br>**25 Orville Drive suite 101**<br>**Bohemia, NY 11716** | - | | **06.18.2010** | | | | 0.00 |

Sheet no. __41__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            300.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                             ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5891**<br><br>RingCentral, Inc.<br>999 Baker Way<br>5th Floor<br>San Mateo, CA 94404 | - | | | 2012-2013<br>DigitalLine | | | | 273.62 |
| Account No. **xxxx**<br><br>Riviera Finance<br>Central Processing<br>17 W. 415 Roosevelt Road<br>Oakbrook Terrace, IL 60181 | - | | | 2010<br>services | | | | 0.00 |
| Account No. **2543**<br><br>Road Equipment Parts Center<br>3275 Dodd Rd<br>Saint Paul, MN 55121 | - | | | 11.11.10<br>Trailer Inspection and Truck REpair | | | | 0.00 |
| Account No. **xxx8648**<br><br>Rochelle Community Hospital<br>900 N. Second Street<br>Rochelle, IL 61068 | - | | | 2011<br>Medical Services | | | | 0.00 |
| Account No. **9623**<br><br>Rogers On Road<br>126 Elmo Ave.<br>South Beloit, IL 61080 | - | | | 06.10.2010<br>Truck Repairs | | | | 0.00 |

Sheet no. __42__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

273.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W JC | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rosario Arevalo<br>128 Cargill St apt 10<br>El Paso, TX 79905 | - | | | Owner Operator | | | | 0.00 |
| Account No. **x2280**<br><br>Route 83 Truck Wash<br>1461 Busse Rd.<br>Elk Grove Village, IL 60007 | - | | | 11/08/2010<br>Truck wash | | | | 0.00 |
| Account No.<br><br>RTS Financial<br>8601 Monrovia<br>Lenexa, KS 66215 | - | | | | | | | 0.00 |
| Account No. **xx2023**<br><br>Rush Truck Center<br>5165 Vasquez Blvd<br>Denver, CO 80216 | - | | | 08.29.2011<br>Repairs | | | | 0.00 |
| Account No. **6105**<br><br>Safety Support Services, Inc.<br>6757 W. 111th Street<br>Worth, IL 60482 | - | | | 7.28.2009<br>Application Fees and Permit Processing | | | | 130.00 |

Sheet no. __43__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

130.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**
                                                                                          ,    Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Safeway 16900 W. Schulte Road Tracy, CA 95377 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Safeway Stores P.O. Box 29093 Phoenix, AZ 85038 | | - | | | | | | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| Saga Trucking Inc. 1949 Hancock Dr. Hoffman Estates, IL 60169 | | - | | | | | | 0.00 |
| Account No. **xxxx** | | | | Owner Operator | | | | |
| Samir R Khamis Hishmeh 6721 W. 91st Pl Oak Lawn, IL 60453 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Sandell Transport 3223 Fort Haunte Schenectady, NY 12303 | | - | | | | | | 0.00 |

Sheet no. **44** of **64** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.** ,                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx1126** <br><br> **Sanford Recycling & Transfer, Inc.** <br> **555 N. White Cedar Road** <br> **Sanford, FL 32771** | - | | | | **08.26.2011** <br> **Recycling Service** | | | | 0.00 |
| Account No. <br><br> **Scott Oakley** <br> **1704 Zuma Drive** <br> **#411** <br> **Arlington, TX 76006** | - | | | | **Owner Operator** | | | | 0.00 |
| Account No. **8738** <br><br> **Semi-Solutions, Inc.** <br> **P.O. Box 328** <br> **Lemont, IL 60439** | - | | | | **2012-2013** <br> **Trailer Leasing** | | | | 826.98 |
| Account No. <br><br> **Seneca One Stop** <br> **745 Broad Street** <br> **Salamanca, NY 14779** | - | | | | | | | | 0.00 |
| Account No. <br><br> **Sierra Pacific Distribution** <br> **4300 Finch Road** <br> **Modesto, CA 95357** | - | | | | | | | | 0.00 |

Sheet no. __**45**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          826.98

B6F (Official Form 6F) (12/07) - Cont.

In re **SL EXPRESS INC.** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 01.26.2011 Repairs | | | | |
| Silver's Diesel and Auto Tire Repai 10000 Hwy 59 S Shepherd Shepherd, TX 77371 | | | | | | | | 0.00 |
| Account No. **xxxx9463** | | - | | 2011-2013 | | | | |
| Softec International Inc. 50 NE 9TH STREET Miami, FL 33132 | | | | | | | | 0.00 |
| Account No. **4689** | | - | | 01.18.2011 Truck Servincing | | | | |
| Speedco #302 1704 West Evergreen Effingham, IL 62401 | | | | | | | | 0.00 |
| Account No. **7303** | | - | | 01.15.2011 Truck Servicing | | | | |
| Speedco #303 5191 Harding Lane Indianapolis, IN 46217 | | | | | | | | 0.00 |
| Account No. **5158** | | - | | 09.21.2011 Repairs | | | | |
| Speedco #307 5225 West 26th Street Gary, IN 46406 | | | | | | | | 0.00 |

Sheet no. __46__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                                      ,          Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3695** <br><br> **Speedco #309** <br> **2205 SW Railroad Avenue** <br> **Hammond, LA 70403** | - | | | 06.25.11 <br> Repairs | | | | 0.00 |
| Account No. **4197** <br><br> **Speedco #315** <br> **55 Manning Drive** <br> **Girard, OH 44420** | - | | | 07.18.2011 <br> Repairs | | | | 0.00 |
| Account No. **9229** <br><br> **Speedco #316** <br> **1317 Horizon Blvd** <br> **El Paso, TX 79928** | - | | | 08.29.11 <br> Repairs | | | | 0.00 |
| Account No. **3876** <br><br> **Speedco #326** <br> **1103 Walrker Street** <br> **Walcott, IA 52773** | - | | | 06.14.2011 <br> Repairs | | | | 0.00 |
| Account No. **5490** <br><br> **Speedco #332** <br> **1102 Logistic Drive** <br> **Laredo, TX 78045** | - | | | 09.24.2010 <br> Repairs | | | | 0.00 |

Sheet no. __**47**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **9623**<br><br>**Speedco #340**<br>**4804 N 350 E**<br>**Whiteland, IN 46184** | - | | | **08.18.11**<br>**Repairs** | | | | **0.00** |
| Account No. **9112**<br><br>**Speedco #341**<br>**301 SE 4th Street**<br>**Oak Grove, MO 64075** | - | | | **02.17.2011**<br>**Repairs** | | | | **0.00** |
| Account No. **9243**<br><br>**Speedco 323**<br>**5815 E. 30th St.**<br>**Joplin, MO 64804** | - | | | **04.27.2011**<br>**Repairs** | | | | **0.00** |
| Account No. **4546**<br><br>**St. Lucie Battery & Tire**<br>**5500 Orange Ave.**<br>**Fort Pierce, FL 34947** | - | | | **04.11.2011**<br>**Repairs** | | | | **0.00** |
| Account No.<br><br>**Star Express Inc.**<br>**20 W. 527 Westminster Dr.**<br>**Downers Grove, IL 60516** | - | | | **Owner Operator** | | | | **0.00** |

Sheet no. __48__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** ,                    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State Line Emergency Truck Service**<br>**2390 Hwy. 109 South**<br>**Vinton, LA 70668** | - | | Truck Servicing | | | | 0.00 |
| Account No. **9623**<br><br>**Steves Mobile Maintenance**<br>**617 Arbourdale Pkwy**<br>**Kansas City, KS 66105** | - | | 06.21.2011<br>Parts & Repairs | | | | 0.00 |
| Account No.<br><br>**Sunco Carriers Inc.**<br>**P.O. Box 95008**<br>**Lakeland, FL 33805** | - | | | | | | 0.00 |
| Account No. **2210**<br><br>**Sunteck Transport Co., Inc.**<br>**6413 Congress Ave., Suite 260**<br>**Boca Raton, FL 33487** | - | | 12.28.2011<br>Load Broker | | | | 0.00 |
| Account No.<br><br>**Sutton Automotive Service**<br>**1727 South Main St**<br>**Waynesville, NC 28786** | - | | Truck Servicing | | | | 0.00 |

Sheet no. __**49**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1913**<br><br>**Sylectus**<br>**3290 Jefferson Boulevard, Suite 202**<br>**Windsor, Ontario CA N8T 2W8** | - | | 2011 | | | | 0.00 |
| Account No.<br><br>**Systems Transportation Equipment**<br>**2700 Madison**<br>**Bellwood, IL 60104** | - | | | | | | 0.00 |
| Account No.<br><br>**T&A Graphics Inc.**<br>**16W471 79th Street**<br>**Unit 107**<br>**Willowbrook, IL 60527** | - | | | | | | 0.00 |
| Account No. **5416**<br><br>**TA #010**<br>**2510 Burr Street**<br>**Gary, IN 46406** | - | | 01.24.2011<br>Reparis | | | | 0.00 |
| Account No. **0150**<br><br>**TA #035**<br>**1702 W. Evergreen Ave**<br>**Effingham, IL 62401** | - | | 01.19.2011<br>Service and Repair | | | | 0.00 |

Sheet no. __50__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __SL EXPRESS INC.__                                  ,          Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xx5467** | | | | | Tire Purchase | | | | |
| **TA #043** **4510 Broadway** **Mount Vernon, IL 62864** | - | | | | | | | | 0.00 |
| Account No. 0346 | | | | | 12.27.2010 Repairs | | | | |
| **TA #048** **P.O. Box 427** **Bloomsbury, NJ 08804** | - | | | | | | | | 0.00 |
| Account No. **xx3358** | | | | | 06.26.2010 Tire Service | | | | |
| **TA #134** **2850 Main St. East** **Albert Lea, MN 56007** | - | | | | | | | | 0.00 |
| Account No. 5317 | | | | | 12.16.2010 Repairs | | | | |
| **TA #143** **1025 Peppers Ferry Rd** **Wytheville, VA 24382** | - | | | | | | | | 0.00 |
| Account No. 3790 | | | | | 08.30.2011 Service | | | | |
| **TA #148** **5101 Quebec St** **Commerce City, CO 80022** | - | | | | | | | | 0.00 |

Sheet no. __51__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6983** <br><br> **TA #150** <br> **7751 Bonnie View Road** <br> **Dallas, TX 75241** | | - | | **12.25.2010** <br> **Truck Service** | | | | 0.00 |
| Account No. **1483** <br><br> **TA #209** <br> **40 Riverside Drive** <br> **Fultonville, NY 12072** | | - | | **12.19.2011** <br> **Service** | | | | 0.00 |
| Account No. **xxxx6286** <br><br> **TA 828154** <br> **I 84 Rt 322 Exit 28** <br> **Milldale, CT 06467** | | - | | **09.18.2010** <br> **Fuel** | | | | 0.00 |
| Account No. **2318** <br><br> **TC of A** <br> **5101 Quebec St** <br> **Commerce City, CO 80022** | | - | | **08.30.2011** <br> **Repairs** | | | | 0.00 |
| Account No. **xxxx8619** <br><br> **TC of America** <br> **P.O. Box 230** <br> **601 Brakke Drive** <br> **Hudson, WI 54016** | | - | | **10.07.2010** <br> **Repairs** | | | | 0.00 |

Sheet no. __**52**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                                            ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8612**<br><br>**Texas MedClinic**<br>**6570 Ingram Road**<br>**San Antonio, TX 78238** | - | | **7.15.2009**<br>**Drug Testing Services** | | | | 0.00 |
| Account No. **xxxx**<br><br>**TGH Trucking Inc.**<br>**P.O. Box 2126**<br>**Bridgeview, IL 60455** | - | | **Owner Operator** | | | | 0.00 |
| Account No.<br><br>**Thomas Truck Repair & Tire Service**<br>**27809 S. 7 hwy**<br>**Harrisonville, MO 64701** | - | | **Repairs** | | | | 0.00 |
| Account No. **x1044**<br><br>**Tire Super Center**<br>**6855 Philips Hwy**<br>**Jacksonville, FL 32216** | - | | **01.24.2011**<br>**Tire Repair** | | | | 0.00 |
| Account No. **2011**<br><br>**TQL**<br>**P.O. Box 799**<br>**Cincinnati, OH 45150** | - | | | | | | 0.00 |

Sheet no. __**53**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                          ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1104** <br><br> **TR Auto Truck Plaza Garage** <br> **1217 Deep Springs Rd.** <br> **Dandridge, TN 37725** | - | | 06.27.2010 <br> **Tire Service** | | | | 0.00 |
| Account No. <br><br> **Trans Guard Nait Association** <br> **P.O. Box 901606** <br> **Kansas City, MO 64190** | - | | | | | | 0.00 |
| Account No. **xxxx** <br><br> **Trans Recovery Solutions, LLC** <br> **970 W. marketview Dr.** <br> **Suite 10-316** <br> **Champaign, IL 61822** | - | | 6.09.2011 | | | | 0.00 |
| Account No. **1379** <br><br> **Transchicago Truck Group** <br> **4000 North Mannheim Rd** <br> **Franklin Park, IL 60131** | - | | 07.04.2011 | | | | 0.00 |
| Account No. **5493** <br><br> **TransGuard General Agency, Inc.** <br> **11020 N. Ambassador Dr.** <br> **Kansas City, MO 64153** | - | | 05.31.11 <br> **Insurance** | | | | 0.00 |

Sheet no. __**54**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.** ,                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Transplace Freight Services LLC** <br>**3010 Gaylord Parkway** <br>**Suite 200** <br>**Frisco, TX 75034** | - | | | | | | 0.00 |
| Account No. **4676** <br><br>**Travel Centers** <br>**1000 E. Mt. Vernon Blvd** <br>**Mount Vernon, MO 65712** | - | | 10.05.2011 <br>Repairs | | | | 0.00 |
| Account No. **9527** <br><br>**Travel Centers of Americ # 070** <br>**I-35 & US 75 Highway** <br>**Lebo, KS 66856** | - | | 10.09.2010 <br>**Truck Service and Repair** | | | | 0.00 |
| Account No. **xxx1922** <br><br>**TravelCenters of America** <br>**505 Truckers Lane** <br>**Bloomington, IL 61701** | - | | 08.16.2010 <br>Repairs | | | | 0.00 |
| Account No. **xxxxxxx3 660** <br><br>**Travelers Insurance** <br>**CL Remittance Center** <br>**One Tower Square 8MS** <br>**Hartford, CT 06183-1008** | - | | 2009 <br>**Insurance Services** | | | | 12,732.74 |

Sheet no. __55__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,732.74

B6F (Official Form 6F) (12/07) - Cont.

In re __SL EXPRESS INC.__ ,                                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5112**<br><br>**Tredrock Tire Services**<br>**P.O. Box 1248**<br>**Bedford Park, IL 60499** | - | | **10.08.2010**<br>**Tire Repairs** | | | | 0.00 |
| Account No.<br><br>**Trendset, Inc.**<br>**P.O. Box 1208**<br>**Mauldin, SC 29662** | - | | | | | | 0.00 |
| Account No.<br><br>**Triton Trucks & Equipment LLC**<br>**4470 Bowman Industrial Ct**<br>**Conley, GA 30288** | | | **07.08.2011**<br>**Trailer Purchase** | | | | 0.00 |
| Account No. **xx5748**<br><br>**Truck City of Gary**<br>**P.O. Box 64800**<br>**Gary, IN 46401** | - | | **16.09.2011**<br>**Truck Repair** | | | | 0.00 |
| Account No. **6954**<br><br>**Truck Country Davenport**<br>**2350 W 76th St.**<br>**Davenport, IA 52806** | - | | **02.26.2011**<br>**Repairs** | | | | 0.00 |

Sheet no. __56__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0631** <br><br> **Truck Enterpirses Hagerstown Inc.** <br> **18216 Maugans Avenue** <br> **Hagerstown, MD 21742-1976** | - | | | | **9.8.2010** <br> **Truck repair** | | | | **2,142.70** |
| Account No. **9623** <br><br> **Truck Tech Inc.** <br> **4665 W 120th St.** <br> **Alsip, IL 60803** | - | | | | **09.20.2010** | | | | **0.00** |
| Account No. **9766** <br><br> **Trux Trailer and Tractor Repair** <br> **900 Northwest Bypass** <br> **Springfield, MO 65802** | - | | | | **2.10.2011** <br> **Truck Repair** | | | | **0.00** |
| Account No. **x6027** <br><br> **Turley Truck Service** <br> **21275 Route 19** <br> **Cranberry Twp, PA 16066** | - | | | | **10.02.2010** <br> **Repairs** | | | | **0.00** |
| Account No. **xxxx6096** <br><br> **U-Hall Moving & Storage of Aurora** <br> **1282 N. Lake St.** <br> **Aurora, IL 60506** | - | | | | **12.17.2010** <br> **Pad Rental** | | | | **0.00** |

Sheet no. __**57**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,142.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** ,                    Case No. _____
                                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx** <br><br> **United Brokers Insurance** <br> **P.O. Box 1243** <br> **New Albany, IN 47151** | | - | | 12.29.2011 <br> Insurance | | | | 0.00 |
| Account No. **xxxx** <br><br> **USA Truck, Inc.** <br> **P.O. Box 449** <br> **Van Buren, AR 72957** | | - | | | | | | 0.00 |
| Account No. <br><br> **Valentin Rios Jose** <br> **856 Emilio Pl.** <br> **P.O. Box 1518** <br> **Canutillo, TX 79835** | | - | | Owner Operator | | | | 0.00 |
| Account No. <br><br> **Valley Freightliner, Inc.** <br> **524 Jack's Lane** <br> **Mount Vernon, WA 98273** | | - | | | | | | 0.00 |
| Account No. **xx1645** <br><br> **Vanguard Truck Center of Atlanta** <br> **700 Ruskin Drive** <br> **Forest Park, GA 30297** | | - | | 12.05.2011 <br> Parts | | | | 0.00 |

Sheet no. __58__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SL EXPRESS INC.**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 05.09.2011 Oil Servicing | | | | |
| Vinalerito Lube 8201 N.W. 93 St Medley, FL 33166 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Vladim Stepanov 277 Indian Pointe Dr. Maineville, OH 45039 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| Vladimir Gushchin 17222 Chatham St. Lewes, DE 19958-7230 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| Volodimir Yosaftvenger 9209 S. Springfield Av.e Evergreen Park, IL 60805 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **8838** | | | | 3.10.2010 Repairs | | | | |
| W.W. Engine & Supply Inc. P.O. Box 1258 Somerset, PA 15501 | | - | | | | | | |
| | | | | | | | | 6,225.46 |

Sheet no. __59__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,225.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**                                                    ,            Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1182** <br><br>**Waco Freightliner** <br>**4800 North Interstate 35** <br>**Waco, TX 76705** | | - | **01.05.2011** <br>**Airbag Repair** | | | | 0.00 |
| Account No. <br><br>**Wael M El Sabbagh** <br>**9425 S 68th Court** <br>**Oak Lawn, IL 60453** | | - | **Owner Operator** | | | | 0.00 |
| Account No. <br><br>**Wajih Ahmad Abusaoud** <br>**9338 Pepperwood Drive** <br>**Orland Hills, IL 60499** | | - | **Onwer Operator** | | | | 0.00 |
| Account No. **xx9504** <br><br>**Wentworth Tire Service** <br>**300 N Y York Road** <br>**Bensenville, IL 60106** | | - | **11.30.2011** <br>**Phone Service** | | | | 0.00 |
| Account No. **x2125** <br><br>**Western Dairy Transport LLC** <br>**002 NM 467** <br>**Portales, NM 88130** | | - | **11.04.2011** <br>**Cleaning Services** | | | | 0.00 |

Sheet no. **_60_** of **_64_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **903**<br><br>**Western Star Trucks**<br>**325 Rusher Creek Road**<br>**Evansville, IN 47725** | - | | **07.12.2009**<br>**Truck Servicing** | | | | 0.00 |
| Account No.  **xx4225**<br><br>**Westland Truck & Salvage Inc**<br>**902 Westway**<br>**Canutillo, TX 79836** | - | | **Truck Repair** | | | | 0.00 |
| Account No.  **xxxxxx0611**<br><br>**Whites Travel Center LLC**<br>**2440 Raphine Road**<br>**Raphine, VA 24472** | - | | **05.23.2011**<br>**Truck Service** | | | | 0.00 |
| Account No.  **xx4431**<br><br>**Wick's Truck Trailers Inc**<br>**2135 W. Old Rte 66**<br>**Strafford, MO 65757** | - | | **11.10.10**<br>**Truck Servicing** | | | | 0.00 |
| Account No.<br><br>**Willard A. Perry Jr.**<br>**2503 N Shirley**<br>**Harlingen, TX 78550** | - | | **Owner Operator** | | | | 0.00 |

Sheet no. __**61**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                               ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**William D. O'Niel** <br>**35 Vaughan Street** <br>**Providence, RI 02904** | - | | Owner Operator | | | | 0.00 |
| Account No. **2377** <br><br>**Wingfoot Truck** <br>**P.O. Box 99** <br>**505 Patriot Dr. I40 exit 417** <br>**Dandridge, TN 37725** | - | | 10.26.2010 <br>Truck Servicing | | | | 0.00 |
| Account No. <br><br>**Wingfoot Truck Care Center 424** <br>**11957 Douglas Ave.** <br>**Urbandale, IA 50323** | - | | Truck Repairs | | | | 0.00 |
| Account No. **2377** <br><br>**Wingfoot Truck Care Centers** <br>**604 W 92 Hwy** <br>**Kearney, MO 64060** | - | | 10.03.2010 <br>Tire Service | | | | 0.00 |
| Account No. **xxxx** <br><br>**WTL Intermodal** <br>**P.O. Box 720** <br>**Palos Heights, IL 60463** | - | | 2/11/2011 <br>Trailer Rental | | | | 0.00 |

Sheet no. __62__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **SL EXPRESS INC.**_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xP4XP**<br><br>**XTRA Lease**<br>**2405 Harnish Drive**<br>**Suite 202**<br>**Algonquin, IL 60102** | - | | **6/28/2012**<br>**Short-term Lease non-payment** | | | | **27,089.49** |
| Account No.<br><br>**Xtra Lease Chicago**<br>**5330 W 47th St.**<br>**Broadview, IL 60155** | - | | | | | | **0.00** |
| Account No.<br><br>**Zelic Dragoslav**<br>**131 S. Broad St.**<br>**Griffith, IN 46319** | - | | **Owner Operator** | | | | **0.00** |
| Account No.<br><br>**Ziad Elian**<br>**4631 Vernon apt 4**<br>**Brookfield, IL 60513** | - | | **Owner Operator** | | | | **0.00** |
| Account No.<br><br>**Ziad Elian**<br>**4631 Vernon Apt. 4**<br>**Brookfield, IL 60513** | - | | **Owner Operator** | | | | **0.00** |

Sheet no. __63__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,089.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SL EXPRESS INC.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Owner Operator | | | | |
| Ziad Sami Ali 14825 S. Kilpatrick Ave. Midlothian, IL 60445 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| ZP Transport, Inc. 8714 NE 55th Ave Vancouver, WA 98665 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __64__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 86,779.83 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **SL EXPRESS INC.** ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **XTRA LEASE**<br>**P.O. Box 99262**<br>**Chicago, IL 60693** | **Equipment Lease - All trailers returned** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __SL EXPRESS INC._____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SL EXPRESS INC.**
_____
                                    Debtor(s)

Case No. _____
Chapter    **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/Owner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __81__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 1, 2014** _____

Signature   **/s/ SUNCICA CEKIC** _____
            **SUNCICA CEKIC**
            **President/Owner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SL EXPRESS INC.**                                                   Case No.

_____                        _____
Debtor(s)                                            Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-26,054.00 | **2012: Debtor Business Income** |
| $0.00 | **2013:  Debtor Business Income** |
| $0.00 | **2014 YTD: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **NetCorp Trailers, Inc. v. Suncica Cekic Case No. 13M4001715** | **Collection** | **Cook County Circuit Court 1500 Maybrook Dr., Rm 236 Maywood, IL 60153** | **Open** |
| **XTRA Lease LLC vs. SL Express Inc. Case No 13SLCC00018** | **Contract** | **Circuit Court of St. Louis County St. Louis County Court Building 7900 Carondelet Ave. Clayton MO 63105** | **Default Judgement** |
| **Northland Insurance Company a/s/o Naeem Chaudari vs. Elamin Hassan d/b/a S L Express Case No. 33-11-2743** | **Civil - property damage** | **Supreme Court of State of New York County of Onondaga 505 South State St., Suite 110. Syracuse, NY 13202** | **Judgment** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **KBM**<br>**7715 W. 88th Street**<br>**Bridgeview, IL 60455** | **2012-2013** | **Trailer - $3,000** |

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9. Payments related to debt counseling or bankruptcy**

None ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None


a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **July  1, 2014**                          Signature   **/s/ SUNCICA CEKIC**
                                                                **SUNCICA CEKIC**
                                                                **President/Owner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **SL EXPRESS INC.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **3,000.00** |
   | Prior to the filing of this statement I have received | $ | **3,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.  Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July  1, 2014**

**/s/ Mihaela L. Raicu**
**Mihaela L. Raicu 6290520**
**Mihaela L. Raicu**
**70 W. Madison Street**
**1400**
**Chicago, IL 60602**
**312-224-8900  Fax: 312-284-4944**
**mraicu_esq@yahoo.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **SL EXPRESS INC.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **397**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 1, 2014**

**/s/ SUNCICA CEKIC**

**SUNCICA CEKIC**/President/Owner
Signer/Title

20/20 Freight Systems
38 Jeanne Dr.
Newburgh, NY 12550


5 Star Express LLC
38 Coal St.
Port Carbon, PA 17965


A & R Heavy duty Repair
960 Sivert Dr.
Wood Dale, IL 60191


A Auto-Truck Service Inc.
7930 West palos Ave
Palos Park, IL 60464


A.C.E. Recovery
P.O. Box 129
Grand River, OH 44045


Abraham Lincoln Memorial Hospital
315 8th St.
Lincoln, IL 62656


ACME
2333 Arthur Av.e
Elk Grove Village, IL 60007


Action of Dothan Truck Center
P.O. Box 6747
Dothan, AL 36302


Action Tire Co.
410 Lee's Mill Road
Forest Park, GA 30297


Action Trailer LLC
9600 W. 47th Street
McCook, IL 60525


Advance Truck Repair Grooup Inc.
530 Santa Rosa Dr.
Des Plaines, IL 60018

Advanced Diesel
965 Mathers Street
Melbourne, FL 32935


Ahmad Razek
7751 West 87th Place Apt 3W
Bridgeview, IL 60455


AKE Service, Inc.
11735 S. Central Park Ave
Merrionette Park, IL 60803


Akram A Razick
11043 S. Mansfield
Chicago Ridge, IL 60415


Akransas Valley Diesel
6002 Hwy 50/287 West
Lamar, CO 81052


Allens' Inc.
305 East Main
Siloam Springs, AR 72761


Alliance Shippers I
15515 S 70th Ct.
Orland Park, IL 60462


Allied Data Research
P.O. Box 73
Roseville, CA 95678


AmBest ServiceCenter
5115 Maryland Way
Suite 300
Brentwood, TN 37027


American Recovery Service Inc.
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360


Angelica  & Vadim Stepanov
277 Indian Pointe Drive
Maineville, OH 45039

Anwar Khaled Dihan
1208 Camelot Ln.
Lemont, IL 60439


Arkansas Valley Diesel
6002 Hwy 50/287 West
Lamar, CO 81052


Arrow Truck Sales, Inc.
245 W. South Frontage Rd.
Bolingbrook, IL 60440


Artisan and Truckers Casualty Compa
P.O. Box 94739
Cleveland, OH 44101


Associated Fuel Systems Inc.
P.O. Box 67
Conley, GA 30288


AT & T
P.O. Box 5014
Carol Stream, IL 60197


AT & T Uverse
208 S. Akard St.
Dallas, TX 75202


B&B Repairs
22708 Pemberville Road
Luckey, OH 43443


B.J. Trailer & Truck Repair
4911 S. Monitor
P.O. Box 388812
Chicago, IL 60638


Bayview Funding
20154 Allentown Drive
Woodland Hills, CA 91364


Berwick Bida
Bida Complex Bldg #93
3rd 7 Oak Streets
Berwick, PA 18603

Betty Veavers Lukoil
39 Riverside Dr.
Fultonville, NY 12072


Blue Heron Hills CC
One Country Club Lane
Macedon, NY 14502


Bluefield Transport
301 Industrial Park Road
Bluefield, VA 24605


BMW of North America
Regional Service Center
P.O. Box 3608
Dublin, OH 43016


Broadway Funding
PO BOX 66468
Chicago, IL 60666


Broadway Premium Funding
1747-22 Veterans Memorial Hwy
Islandia, NY 11749


Broome Service Center, Inc.
463 Old Jackson Hwy
Jackson, SC 29831


Bud's Tire & Wrecker
P.O. Box 203 Highway 41
Sycamore, GA 31790


Bustos Truck Tire Repair
4807 S. Kilpatrick
Chicago, IL 60632


C Johnson Truck Repair
100 South Pine
Janesville, WI 53548


Capitol Freightliner
P.O. Box 15734
Baton Rouge, LA 70895

CBCS
P.O. Box 163250
Columbus, OH 43216


Centennial Warehouse
10400 Hickman Road
Des Moines, IA 50325


Central Ag Wheel & Tire
4106 Esthner
Wichita, KS 67209


Charles J. Robinson
729 Wright Road
University Park, IL 60484


Charles Robinson
5141 Monroe Street
Matteson, IL 60443


Chicago Department of Revenue
121 North LaSalle St.
Chicago, IL 60602


Chicago Truck
5300 West Plattner Dr
Alsip, IL 60803


City of Burbank Police
5650 W. 75th Place
Burbank, IL 60459


City of Chicago
8212 Innovation Way
Chicago, IL 60682


City of Palos Hills
10335 South Roberts Road
Palos Hills, IL 60465


CollisionCraft
7530 W. 90th St.
Bridgeview, IL 60455

Comcast
Attn: Bankruptcy Department
P.O. Box 3005
Southeastern, PA 19398


Comcast Cable Communications LLC
Law Department
One Comcast Center
Philadelphia, PA 19103


Comdata Corporation
5301 Maryland Way
Brentwood, TN 37027


Compass Lease, LLC
9001 W. 79th Place
Justice, IL 60458


Concentra
Occupational Health Centers SW, P.A
P.O. Box 488
Lombard, IL 60148


Concentra Medical Centers
5850 S. Polaris Ave.
Suite 100
Las Vegas, NV 89118


Conway Enterprises Inc.
100 Conway Lane
Evergreen, AL 36401


Corporate Billing LLC
P.O. Box 2257
Decatur, AL 35609


Credit Collection Services Commerci
Two Wells Avenue
Newton Center, MA 02459


Credit Management LP
4200 International Parkway
Carrollton, TX 75007

Crowders Fleet Maintenance LLC
4020 Dignan St.
Jacksonville, FL 32254


Cummins Mid-South LLc
P.O. Box 842316
Dallas, TX 75284


Cummins Power South
5125 Georgia Hwy 85
Atlanta, GA 30349


Daniel A. Holston
2373 E 70th
Batavia, IL 60510


Dean's Auto & Diesel Repair
1608 St. Rt. 127 N
Scott, OH 45886


Dekalb County Recorders Court
3630 Camp Circle
Decatur, GA 30032


Dhalida M. Ozuna
P.O. Box 733
Hinckley, MN 55037


Dimara Transportation Services
35 Vaughan Street
Providence, RI 02904


Don's Tire & Truck Service Inc.
P.O. Box 3816
Big Spring, TX 79721


E & R Trailer Sales Service Inc.
20186 Lincoln Hwy
Middle Point, OH 45863


E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217

E.C. Colley Warehouse Corporation
1121 South Claiborne Ave.
New Orleans, LA 70125


Eagle Capital Corporation
P.O. Box 4215
Tupelo, MS 38803


ED Schmidt Truck Store LLc
1270 conant Street
Maumee, OH 43537


Eddie's Repair Shop
10031 Virginia Av.
Chicago Ridge, IL 60415


EFTPS Processing Center
P.O. Box 173788
Denver, CO 80217


EIMA Corp
12553 S. Laramie Ave
Alsip, IL 60803


Eldon M. White
101 Leigh Lane
Montz, LA 70068


Ethnic Media Corporation
704 S. Milwakee Ave.
Wheeling, IL 60090


Eugenija Barauskas
11735 S. Central Park Ave
Merrionette Park, IL 60803


Excelle Technoligies, Inc.
Pro Transport
120 W. Golf Rd., suite 200
Schaumburg, IL 60195


FallZones Towing Service Inc.
Wilkes-Barre Terminal
271 N. Sherman Street
Wilkes-Barre, PA 18072

Family Medical Lab, Inc.
915 E. Garriott Suite E
Enid, OK 73701


Far Service Group
12520 Yorkshire Dr.
Homer Glen, IL 60491


Farmers Insurance Group
11414 S. Harlem
Worth, IL 60482


FedEx - Customer Relations
3875 Airways, Module H3
Department 4634
Memphis, TN 38116


FEDEX Truckload Bro
1475 Boettler R
Uniontown, OH 44685


Field & Road Service Truck Repair
P.O. Box 306
Pawnee, IL 62558


Five Star Twoing LLC
1635 9th Street
P.O. Box 3240
Rock Springs, WY 82901


Fleet One
613 Bakertown Road
Antioch, TN 37013


FleetCo Inc.
3003 Brick Church Pike
Nashville, TN 37207


FleetPride
P.O. Box 847118
Dallas, TX 75284


FleetPride
7400 W. 87th Street
Bridgeview, IL 60455

FleetPride Inc.
600 E. LAS COLINAS BOULEVARD
75039
Irving, TX 75039


Florida Pro Diesel Inc.
8201 N.W. 93rd Street
Medley, FL 33166


Franklin Collection Service, Inc.
P.O. Box 3910
Tupelo, MS 38803


Freedman Anslemo Lindberg
1807 W. Diehl Suite 150
Naperville, IL 60566


G & D Trailer Repairs LLC
1409 Cholla Way
Las Vegas, NV 89101


Gabrielli Truck Sales of CT, LLC
277 New Park Avenue
Hartford, CT 06106


GE Capital
300 E. Carpenter Freeway #200
Irving, TX 75062


GE Capital Corp
P.O. Box 35707
Billings, MT 59107


GE Transportation Finance
P.O. Box 3083
Cedar Rapids, IA 52406


General Electric Company
333 Hesper Road
P.O. Box 37504
Billings, MT 59102


Genesis Drug Testing
P.O. Box 452307
Laredo, TX 78045

Gerald's Towing & Truck Repair
1633 St. Mary St.
P.O. Box 808
Scott, LA 70583


Gerard T. Jackson
310 Redwood Drive Box 16
Coosada, AL 36020


Getloaded Corp.
One Park West Circle
Suite 300
Midlothian, VA 23114


Goodyear Towing & Recovery, Inc.
407 Mill Avenue
Enterprise, AL 36331


GPSNet Technoligies
3290 Jefferson Boulevard, Suite 202
Windso, Ontario N8T 2W8 CANADA
Windsor, ON


Grandview Medical Center
1000 Highway 28
Jasper, TN 37347


Great American Assurance Co
49 East 4th Street DNT-3
Cincinnati, OH 45202


Great American Inc.
1781 Westfork Drive Suite 104
Lithia Springs, GA 30122


Great American Insurance Group
Specialty Accounting
P.O. Box 89400
Cleveland, OH 44101


Great West Casualty Company
 1100 West 29th Street
P.O. Box 277
South Sioux City, NE 68776

GTO Trucking and Repair Inc.
1310 South 4th Ave.
Maywood, IL 60153


Guschchin
2353 83rd Street
Brooklyn, NY 11214


Hamder Trucking
5584 S. Forrester Dr.
Rochelle, IL 61068


Harris County Toll Road
Dept 1
P.O. Box 4440
Houston, TX 77210


Haywood Medical - DOT
576 Leroy George Dr. Bldg 1
Clyde, NC 28721


Holiday Fleet Services Inc.
2507 Walnut St. N
Roseville, MN 55113


Holiday Truck Equipment
3701 85th Avenue NE
Shoreview, MN 55126


Hood's Service Center Inc.
1651 S. Hwy K
Bois D Arc, MO 65612


Hoosier Trailer & Truck Equipment
4830 Todd Drive
Fort Wayne, IN 46803


Horizon Premium finance
6000 W. 79th Street
Burbank, IL 60459


House of Trucks
7910 Joliet Road
Willowbrook, IL 60527

HR Studio, Inc.
7158 West Grand Ave.
Elmwood Park, IL 60707


I-20 Truck Shop
P.O. Box 29
Bowdon Junction, GA 30109


Ice Mountain Direct
# 215
6661 Dixie Hwy, Suite 4
Louisville, KY 40258


Ice Mountain Spring Water Co.
#216
6661 Dixie Hwy Suite 4
Louisville, KY 40258


Il G Truck Repair
1850 High Prairie Rd. Suite 410
Grand Prairie, TX 75050


Illinois commerce Commission
527 East Capitol Ave, 1st Floor
Springfield, IL 62701


Illinois Department of Revenue
Motor Fuel Use Tax Section
P.O. Box 19027
Springfield, IL 62794


Illinois Department of Transportato
Division of Traffic Safety
1340 North 9th St, P.O. Box 19212
Springfield, IL 62794-9212


Illinois Dept of Employment Securit
33 S. State 10th Floor
Chicago, IL 60603


Illinois License Services Inc.
800 Ravinia Place
Orland Park, IL 60462

Illinois Secretary of State
Commercial & Farm Truck Division
501 S Second St Rm300 Howlett Bldg
Springfield, IL 62756


Illinois Toll
P.O. Box 5201
Lisle, IL 60532


Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515


ImmediCenter
500 Union Voulevard
Totowa, NJ 07512


Insurance Administrator, Inc.
309 Stuart Place Road
Harlingen, TX 78552


Insurance Finance Corporation
P.O. Box 315
Des Moines, IA 50306


Internal Revenue Service
ACS Support - STOP 813G
P.O. Box 145566
Cincinnati, OH 45250


Internet Truckstop
P.O. Box 99
New Plymouth, ID 83655


J & J Truck Mobile Repair
P.O. Box 1834
Huntington, WV 25719


Jaroslaw Zalewski
8104 S. Neenah
Burbank, IL 60459


JC Truck Repairs
15545 S. Weber Road
Lockport, IL 60441

JD Factors, LLC
P.O. Box 687
Wheaton, IL 60189

JMS Trucking
905 Wendy Ln.
Carthage, MO 64836

Joelis Alfaro
3510 SW 3st
Miami, FL 33135

John's Auto Glass
4259 N. Milwaukee Ave.
Chicago, IL 60641

Jose V. Rios
856 Emilio Pl
Canutillo, TX 79835

Joseph, Mann & Creed
20600 Chagrin Blvd
Suite 550
Shaker Heights, OH 44122

JPG Trans Company Inc.
5431 Goodwick Way apt B
Norcross, GA 30071

JX peterbilt - Bolingbrook
535 East South Frontage Rd
Bolingbrook, IL 60440

K & K Auto Truck Stop
 P.O. Box 4
Mounds, IL 62964

Kansas Motor Carrier Property Tax
Kansas Department of Revenue
915 SW Harrison St.
Topeka, KS 66612

Katie Embry
1211 E. Wilson
Batavia, IL 60510

Kazimieras Janavicius
11735 S. Central Park Ave
Merrionette Park, IL 60803


KBM Equipment Repair Inc.
7715 W. 88th Street
Bridgeview, IL 60455


Kentucky Division of Motor Carriers
Tax Branch
P.O. Box 2007
Frankfort, KY 40602


Kentucky Tire Exchange
331 Kentucky St.
P.O. Box 616
Bowling Green, KY 42102


Kukobat Rade
2100 44th St.
Highland, IN 46322


Kurt Roger Gonzales
12000 NW 13th St.
Pembroke Pines, FL 33026


Landair Trans Inc.
P.O. Box 938
Greeneville, TN 37744


Landis Express Inc.
P.O. Box 14807
2600 Beltline Ave.
Reading, PA 19612


Landstar System Inc.
P.O. Box 19137
Jacksonville, FL 32245


LEC Trucking Inc
5141 Monroe Street
Matteson, IL 60443

Lewis, Rice & Fingersh, L.C.
for XTRA Lease
600 Washington Avenue, Suite 2500
Saint Louis, MO 63101


Lexis Nexis Medical Review Services
480 Quadrangle Drive
Suite D
Bolingbrook, IL 60440


Little Company of Mary
Affiliated Services In.
5660 West 95th Street, Suite 1
Oak Lawn, IL 60453


LKC Logistics
118 Deertrail E
Sebring, FL 33876


Love's Tier Care #266
3201 12th NW
P.O. Box 2236
Ardmore, OK 73401


Love's Tire Care #306
1058 Deep Springs Rd.
Dandridge, TN 37725


Love's Tire Care #370
2586 N. Main Street
Hubbard, OH 44425


Loves Tire Care #204
1601 Brikes road
Eufaula, OK 74432


Loves Tire Care #370
2586 N. Main Street
Hubbard, OH 44425


Luis Alberto Leiva Quintana
38034 Beryl Court
Palmdale, CA 93552

Luis L. Quintana
1502 East Ave. Apt. R7
Palmdale, CA 93550


Luis Lamboy
1320 Old Victorian Ct
Duluth, GA 30096


Luis Vladimir Lamboy
1009 South 49th Street
Tampa, FL 33619


Lukasz J. Prus
4510 David Ln
Crystal Lake, IL 60014


M and A Truck and Trailer
7006 W 96th St.
Oak Lawn, IL 60453


M&A Truck&Trailer Expert Services C
143 Beeline Drive
Bensenville, IL 60106


M&M Air Cargo & Delivery Service
P.O. Box 3010
Laredo, TX 78044


Marius Mazuna
8914 W 147th St.
Orland Park, IL 60462


Mark Grochocinski
on behalf of NetCorp Trailers Inc.
9654 W. 131St St., Suite 414
Palos Park, IL 60464


Mark Signs Inc.
211 Beeline Drive Unit 9
Bensenville, IL 60106


MasterFleet LLC
P.O. Box 11906
Green Bay, WI 54307

Mazin Zahra
5694 S Archer Ave
Chicago, IL 60638


Mazuna
2003 Doral Ct
Palos Heights, IL 60463


MDA Express Inc.
7801 W. 112th Pl
Palos Hills, IL 60465


Mechanix on Wheels
33303 Rollingwood Dr.
Pinehurst, TX 77362


Med-Stop Inc.
2781 Marden Court
Northbrook, IL 60062


MedTox Laboratories Inc.
402 West County Road D.
Saint Paul, MN 55112


Medwest Haywood
Carolinas Health Care
P.O. Box 369
Clyde, NC 28721


Melon One Inc
26 Brooklyn Terminal Market
Brooklyn, NY 11236


MHC Kenworth - Knoxville
1400 Ault Road
P.O. Box 6599
Knoxville, TN 37914


MHC Kenworth South Dallas
34661 LBJ Freeway
Dallas, TX 75241

Michael Hill
7046 S. Racine
2nd Floor
Chicago, IL 60636


Michigan Department of Treasury
P.O. Box 30140
Lansing, MI 48909


Michigan Truck & Equipment Sales, I
4525 Clyde Park SW
Wyoming, MI 49509


Midway Truck Parts
7400 W. 87th Street
Bridgeview, IL 60455


Midwest Trailer Repair, Inc.
1900 W. 43rd St.
Chicago, IL 60609


Mieczyslaw Gancarz
8633 W 73rd Place
Justice, IL 60458


Miroslaw Sojda
20 Ascot Ln.
Streamwood, IL 60107


Mohamed Sghaier Gorchene
8100 W 107th St.
Palos Hills, IL 60465


Mountain West Truck Center
1475 W. 2100 S.
Salt Lake City, UT 84119


Multi Service
8650 College Boulevard
Overland Park, KS 66210


Municipal Collection Services, Inc.
7330 College Drive
Suite 108
Palos Heights, IL 60463

Mustafa Dzafic
3228 E. 31st Ave
Spokane, WA 99223


Naeem Chaudari
c/o Meggesto Crossett & Velerino
313 E. Willow Street Suite 201
Syracuse, NY 13203


National 1 Logistics
10335 S. Austin Ave
Oak Lawn, IL 60453


National City Bank
 P.O. Box 30308
Kalamazoo, MI 49003


National Semi-Trailer Corp.
1001 Independence Drive
Romeoville, IL 60446


National Semi-Trailer Corporation
1001 Independence Drive
Romeoville, IL 60446


National Toxicology Specialists, In
1425 Elm Hill Pike
Nashville, TN 37210


NCO Financial Systems Inc.
600 Holiday Plaza Drive
Suite 300
Matteson, IL 60443


Nenad Milovanovic
5111 W. Montrose Ave.
Chicago, IL 60641


NetCorp Equipment C
2600 S 25th Ave.
Broadview, IL 60155


NetCorp Trailers, Inc.
P.O. Box 6340
Broadview, IL 60155

New Mexico Commercial Vehicles
P.O. Box 5188
Santa Fe, NM 87502


New Mexico Taxation and Revenue Dep
P.O. Box 630
Santa Fe, NM 87504


New York State Tax Department
Misc Tax - Hut Processing
W A Harriman Campus
Albany, NY 12227


NIC technologies (DOT)
P.O. Box 219907
Kansas City, MO 64121-9907


North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266


Northland Insurance Company
a/s/o Naeem Chaudari
385 Washington St.
Saint Paul, MN 55102


NY International REgistration Unit
IRP Unit
P.O. Box 2850 - ESP
Albany, NY 12220


Occupational Health Magement System
5660 W 95th Street Suite 1
Oak Lawn, IL 60453


OCF
2108 Canton Way SW
Olympia, WA 98502


Office of the Secretary of State
501 SO 2nd St.
300 Howlett Bldg
Springfield, IL 62756

Ohio Public Utilites Commission
Compliance Division
180 East Broad Street, 4th Floor
Columbus, OH 43215


Omar Villalobos
309 Southview Drive
Rochelle, IL 61068


Orange Comm Credit
7051 Highway 70 south #337
Nashville, TN 37221


Orange Commercial
6480 Weathers Place
Suite 250
San Diego, CA 92121


Orange Commercial Credit
1990 S. Santa Cruz
Anaheim, CA 92805


Oregon DOT
550 Capitol Street NE
Salem, OR 97301


Outsource Fleet Services, Inc.
6363 West73rd St.
Bedford Park, IL 60638


PAL Trailer Leasing
571 S. Jolliet Rd.
Bolingbrook, IL 60440


Parker Stanbury LLP
for Luis Alberto L Quintana
444 S Flower Street, 19th Floor
Los Angeles, CA 90071


Penske Leasing
P.O. Box 563
Reading, PA 19603

Penske Truck Leasing
Route 10 Green Hills
P.O. Box 391
Reading, PA 19603


Peoples Insurance Agency
1700 8th Street
P.O. Box 119
Waverly, IA 50677


Performance Truck
100 Pit Stop Trace
Buda, TX 78610


Peterbilt of Wyoming
4113 W. Yellowstone Hwy
Casper, WY 82604


Petro Lube
4700 S. Lincoln Ave.
York, NE 68467


Petro Lube # 370
301 SW First Street
Oak Grove, MO 64075


Petro Lube #313
I-40 Exit 79 At Horizon Blvd
Milan, NM 78219


Petro Lube #315
I-40 and Blake Ranch Rd.
Kingman, AZ 86401


Petro Lube #353
North 5800 Kinney Road
Portage, WI 53901


Petro Lube #368
923 South Sylvania Ave
Sturtevant, WI 53177

Phillip Greene, M.D.
6407 Idlewild Rd.
Suite 211
Charlotte, NC 28212


PIA
1700 8th Street SW
Waverly, IA 50677


PNC Bank
P.O. Box 856177
Louisville, KY 40285


Pol-Tex International
13830 Hatcherville Road
Mont Belvieu, TX 77580


Pomp's Tire Service Inc.
P.O. Box 1630
Green Bay, WI 54305


Power Lube LLC
1461 Busse Rd.
Elk Grove Village, IL 60007


Powers & Stinson
384 E. Goodman Road
Suite 242
Southaven, MS 38671


Powwrotrans Corp
Pawel Jan Wrobel
8214 Daniel Dr.
Justice, IL 60458


Private Pay Drug Test
4201 Pottsville Pike
Reading, PA 19605


Pro Med South
3801 S. Lamar Blvd
Austin, TX 78704

Pro-Master Truck Repair Inc.
4549 W. 137th St.
Midlothian, IL 60445


Progressive Commercial Auto Insuran
P.O. Box 94739
Cleveland, OH 44101


Progressive Insurance
6300 Wilson Mills Road
Cleveland, OH 44143


Quality Truck Care Center Inc.
P.O. Box 3337
Oshkosh, WI 54903


Quest Diagnostics Inc
One Malcolm Avenue
Teterboro, NJ 07608


Quill.com
P.O. Box 37600
Philadelphia, PA 19101


RaDa Truck Service Inc.
P.O. Box 266
Hubbard, OH 44425


Rafal Kaczmarczyk
dba Raka's Trucking Corporation
8633 W. 73rd Pl.
Justice, IL 60458


Rapid Recovery Solutions
25 Orville Drive suite 101
Bohemia, NY 11716


RingCentral, Inc.
999 Baker Way
5th Floor
San Mateo, CA 94404

Riviera Finance
Central Processing
17 W. 415 Roosevelt Road
Oakbrook Terrace, IL 60181


RMS
1250 E. Diehl Rd.
Suite 300
Naperville, IL 60563


Road Equipment Parts Center
3275 Dodd Rd
Saint Paul, MN 55121


Robert J. Skowronski
5491 N. Milwaukee Ave.
Chicago, IL 60630


Rochelle Community Hospital
900 N. Second Street
Rochelle, IL 61068


Rogers On Road
126 Elmo Ave.
South Beloit, IL 61080


Rosario Arevalo
128 Cargill St apt 10
El Paso, TX 79905


Route 83 Truck Wash
1461 Busse Rd.
Elk Grove Village, IL 60007


RTS Financial
8601 Monrovia
Lenexa, KS 66215


Rush Truck Center
5165 Vasquez Blvd
Denver, CO 80216


Safety Support Services, Inc.
6757 W. 111th Street
Worth, IL 60482

Safeway
16900 W. Schulte Road
Tracy, CA 95377


Safeway Stores
P.O. Box 29093
Phoenix, AZ 85038


Saga Trucking Inc.
1949 Hancock Dr.
Hoffman Estates, IL 60169


Samir R Khamis Hishmeh
6721 W. 91st Pl
Oak Lawn, IL 60453


Sandell Transport
3223 Fort Haunte
Schenectady, NY 12303


Sanford Recycling & Transfer, Inc.
555 N. White Cedar Road
Sanford, FL 32771


Scott Oakley
1704 Zuma Drive
#411
Arlington, TX 76006


Semi-Solutions, Inc.
P.O. Box 328
Lemont, IL 60439


Seneca One Stop
745 Broad Street
Salamanca, NY 14779


Sierra Pacific Distribution
4300 Finch Road
Modesto, CA 95357


Silver's Diesel and Auto Tire Repai
10000 Hwy 59 S Shepherd
Shepherd, TX 77371

Softec International Inc.
50 NE 9TH STREET
Miami, FL 33132


Speedco #302
1704 West Evergreen
Effingham, IL 62401


Speedco #303
5191 Harding Lane
Indianapolis, IN 46217


Speedco #307
5225 West 26th Street
Gary, IN 46406


Speedco #309
2205 SW Railroad Avenue
Hammond, LA 70403


Speedco #315
55 Manning Drive
Girard, OH 44420


Speedco #316
1317 Horizon Blvd
El Paso, TX 79928


Speedco #326
1103 Walrker Street
Walcott, IA 52773


Speedco #332
1102 Logistic Drive
Laredo, TX 78045


Speedco #340
4804 N 350 E
Whiteland, IN 46184


Speedco #341
301 SE 4th Street
Oak Grove, MO 64075

Speedco 323
5815 E. 30th St.
Joplin, MO 64804


St. Lucie Battery & Tire
5500 Orange Ave.
Fort Pierce, FL 34947


Star Express Inc.
20 W. 527 Westminster Dr.
Downers Grove, IL 60516


State Line Emergency Truck Service
2390 Hwy. 109 South
Vinton, LA 70668


Steves Mobile Maintenance
617 Arbourdale Pkwy
Kansas City, KS 66105


Sunco Carriers Inc.
P.O. Box 95008
Lakeland, FL 33805


Sunteck Transport Co., Inc.
6413 Congress Ave., Suite 260
Boca Raton, FL 33487


Sutton Automotive Service
1727 South Main St
Waynesville, NC 28786


Sylectus
3290 Jefferson Boulevard, Suite 202
Windsor, Ontario CA N8T 2W8


Systems Transportation Equipment
2700 Madison
Bellwood, IL 60104


T&A Graphics Inc.
16W471 79th Street
Unit 107
Willowbrook, IL 60527

TA #010
2510 Burr Street
Gary, IN 46406

TA #035
1702 W. Evergreen Ave
Effingham, IL 62401

TA #043
4510 Broadway
Mount Vernon, IL 62864

TA #048
P.O. Box 427
Bloomsbury, NJ 08804

TA #134
2850 Main St. East
Albert Lea, MN 56007

TA #143
1025 Peppers Ferry Rd
Wytheville, VA 24382

TA #148
5101 Quebec St
Commerce City, CO 80022

TA #150
7751 Bonnie View Road
Dallas, TX 75241

TA #209
40 Riverside Drive
Fultonville, NY 12072

TA 828154
I 84 Rt 322 Exit 28
Milldale, CT 06467

TA Travel Centers of America
24601 Center Ridge Rd.
Suite 200
Westlake, OH 44145

TC of A
5101 Quebec St
Commerce City, CO 80022


TC of America
P.O. Box 230
601 Brakke Drive
Hudson, WI 54016


Texas MedClinic
6570 Ingram Road
San Antonio, TX 78238


TGH Trucking Inc.
P.O. Box 2126
Bridgeview, IL 60455


Thomas Truck Repair & Tire Service
27809 S. 7 hwy
Harrisonville, MO 64701


Tire Super Center
6855 Philips Hwy
Jacksonville, FL 32216


Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263


TQL
P.O. Box 799
Cincinnati, OH 45150


TR Auto Truck Plaza Garage
1217 Deep Springs Rd.
Dandridge, TN 37725


Trans Guard Nait Association
P.O. Box 901606
Kansas City, MO 64190


Trans Recovery Solutions, LLC
970 W. marketview Dr.
Suite 10-316
Champaign, IL 61822

Transchicago Truck Group
4000 North Mannheim Rd
Franklin Park, IL 60131


TransGuard General Agency, Inc.
11020 N. Ambassador Dr.
Kansas City, MO 64153


Transplace Freight Services LLC
3010 Gaylord Parkway
Suite 200
Frisco, TX 75034


Travel Centers
1000 E. Mt. Vernon Blvd
Mount Vernon, MO 65712


Travel Centers of Americ # 070
I-35 & US 75 Highway
Lebo, KS 66856


TravelCenters of America
505 Truckers Lane
Bloomington, IL 61701


Traveler
P.O. Box 660317
Dallas, TX 75266


TRAVELERS
P.O. BOX 26385
Richmond, VA 23260


Travelers Insurance
CL Remittance Center
One Tower Square 8MS
Hartford, CT 06183-1008


Travis County Tax Assessor
5501 Airport Blvd.
P.O. Box 149326
Austin, TX 78714

Tredrock Tire Services
P.O. Box 1248
Bedford Park, IL 60499


Trendset, Inc.
P.O. Box 1208
Mauldin, SC 29662


Triton Trucks & Equipment LLC
4470 Bowman Industrial Ct
Conley, GA 30288


Truck City of Gary
P.O. Box 64800
Gary, IN 46401


Truck Country Davenport
2350 W 76th St.
Davenport, IA 52806


Truck Enterpirses Hagerstown Inc.
18216 Maugans Avenue
Hagerstown, MD 21742-1976


Truck Tech Inc.
4665 W 120th St.
Alsip, IL 60803


Trux Trailer and Tractor Repair
900 Northwest Bypass
Springfield, MO 65802


Turley Truck Service
21275 Route 19
Cranberry Twp, PA 16066


U-Hall Moving & Storage of Aurora
1282 N. Lake St.
Aurora, IL 60506


U.S. Department of Transportation
1200 New Jersey Ave, S.E.
Washington, DC 20590

United Brokers Insurance
P.O. Box 1243
New Albany, IN 47151


USA Truck, Inc.
P.O. Box 449
Van Buren, AR 72957


Valentin Rios Jose
856 Emilio Pl.
P.O. Box 1518
Canutillo, TX 79835


Valley Freightliner, Inc.
524 Jack's Lane
Mount Vernon, WA 98273


Vanguard Truck Center of Atlanta
700 Ruskin Drive
Forest Park, GA 30297


Vinalerito Lube
8201 N.W. 93 St
Medley, FL 33166


Vladim Stepanov
277 Indian Pointe Dr.
Maineville, OH 45039


Vladimir Gushchin
17222 Chatham St.
Lewes, DE 19958-7230


Volodimir Yosaftvenger
9209 S. Springfield Av.e
Evergreen Park, IL 60805


W. O'Niel
P.O. Box 141
Tiverton, RI 02878


W.W. Engine & Supply Inc.
P.O. Box 1258
Somerset, PA 15501

Waco Freightliner
4800 North Interstate 35
Waco, TX 76705


Wael M El Sabbagh
9425 S 68th Court
Oak Lawn, IL 60453


Wajih Ahmad Abusaoud
9338 Pepperwood Drive
Orland Hills, IL 60499


Wentworth Tire Service
300 N Y York Road
Bensenville, IL 60106


Western Dairy Transport LLC
002 NM 467
Portales, NM 88130


Western Star Trucks
325 Rusher Creek Road
Evansville, IN 47725


Westland Truck & Salvage Inc
902 Westway
Canutillo, TX 79836


Whites Travel Center LLC
2440 Raphine Road
Raphine, VA 24472


Wick's Truck Trailers Inc
2135 W. Old Rte 66
Strafford, MO 65757


Willard A. Perry Jr.
2503 N Shirley
Harlingen, TX 78550


William D. O'Niel
35 Vaughan Street
Providence, RI 02904

Wingfoot Truck
P.O. Box 99
505 Patriot Dr. I40 exit 417
Dandridge, TN 37725


Wingfoot Truck Care Center 424
11957 Douglas Ave.
Urbandale, IA 50323


Wingfoot Truck Care Centers
604 W 92 Hwy
Kearney, MO 64060


Wisconsin Department of Transportat
P.O. Box 7995
Milwaukee, WI 53201


WTL Intermodal
P.O. Box 720
Palos Heights, IL 60463


XTRA Lease
2405 Harnish Drive
Suite 202
Algonquin, IL 60102


XTRA LEASE
P.O. Box 99262
Chicago, IL 60693


Xtra Lease Chicago
5330 W 47th St.
Broadview, IL 60155


Zalutsky & Pinski, Ltd
20 North Clark Street
Suite 600
Chicago, IL 60602


Zelic Dragoslav
131 S. Broad St.
Griffith, IN 46319

Ziad Elian
4631 Vernon Apt. 4
Brookfield, IL 60513


Ziad Sami Ali
14825 S. Kilpatrick Ave.
Midlothian, IL 60445


ZP Transport, Inc.
8714 NE 55th Ave
Vancouver, WA 98665

# United States Bankruptcy Court
### Northern District of Illinois

In re __SL EXPRESS INC.__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __SL EXPRESS INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July  1, 2014__

Date

__/s/ Mihaela L. Raicu__

__Mihaela L. Raicu 6290520__

Signature of Attorney or Litigant

Counsel for __SL EXPRESS INC.__

__Mihaela L. Raicu__
__70 W. Madison Street□__
__1400__
__Chicago, IL 60602__
__312-224-8900 Fax:312-284-4944__
__mraicu_esq@yahoo.com__